FILED
CO-386-online

MAY - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Legacy Fishing Company )
The Fishing Company of Alaska, Inc. )
)
      vs   Plaintiff )
)
Honorable Carlos Gutierrez, in his official )
capacity as Secretary of Commerce )
)
              Defendant )

CASE NUMBER   1:06CV00835

JUDGE: James Robertson

DECK TYPE: Administrative Agency Revi

DATE STAMP: 05/05/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Legacy Fishing Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Legacy Fishing Company__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

414170
BAR IDENTIFICATION NO.

David E. Frulla
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC  20007
City     State     Zip Code

(202) 342-8400
Phone Number