AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Legacy Fishing Company
The Fishing Company of Alaska, Inc.   )
       Plaintiff(s)   )   **APPEARANCE**
                            )
                            )
       vs.   )   CASE NUMBER 1:06CV00835
Honorable Carlos Gutierrez, in his official )
capacity as Secretary of Commerce   )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Daniel S. Blynn__ as counsel in this
                           (Attorney's Name)

case for: __Legacy Fishing Company; The Fishing Company of Alaska, Inc.__
              (Name of party or parties)

May 12, 2006
Date

488934
BAR IDENTIFICATION

_[Signature]_
Signature

Daniel S. Blynn
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400
Address

Washington, DC   20007
City     State     Zip Code

(202) 342-8400
Phone Number