AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Legacy Fishing Company  
The Fishing Company of Alaska, Inc.          )  
        Plaintiff(s)                     )    **APPEARANCE**  
                                          )  
                          vs.                )    CASE NUMBER  1:06CV00835  
Honorable Carlos Gutierrez, in his official )  
capacity as Secretary of Commerce          )  
        Defendant(s)                    )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   Shaun M. Gehan   as counsel in this  
                              (Attorney's Name)

case for:  Legacy Fishing Company; The Fishing Company of Alaska, Inc.  
                           (Name of party or parties)

May 12, 2006  
Date

/s/ Shaun M. Gehan  
Signature

483720  
BAR IDENTIFICATION

Shaun M. Gehan  
Print Name

Kelley Drye & Warren LLP, 3050 K Street, NW, Suite 400  
Address

Washington, DC  20007  
City      State      Zip Code

(202) 342-8400  
Phone Number