AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Legacy Fishing Company
The Fishing Company of Alaska, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Honorable Carlos Gutierrez, in his official
capacity as Secretary of Commerce

CASE NUMBER:

TO: (Name and address of Defendant)

United States Attorney Kenneth L. Wainstein
United States Department of Justice
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within __45__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY - 5 2006
CLERK                              DATE

_Anita Stewart-Cureton_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me(1) * | 5/09/06 | 12:10 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel F. Portnoy | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving Debra Muhammad, Legal Assistant, authorized to accept.__
   __Service was completed at 501 3rd Street, NW, Washington, DC 20001.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/09/06
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Summons; Complaint for Injunctive and Declaratory Relief and Petition For Review of Rulemaking; Notice of Right to Consent to Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.