UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY; THE FISHING COMPANY OF ALASKA, INC.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce,<br><br>　　　　Defendant. | Civ. No. 06-0835 (JR) |

## NOTICE OF APPEARANCE

On behalf of Federal Defendant, Carlos Gutierrez, in his official capacity as Secretary of Commerce, the United States enters the appearance of Michael R. Eitel, Trial Attorney, as counsel for this matter. Mr. Eitel's contact information is as follows:

U.S. Mail
U.S. Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P. O. Box 7369
Washington, D.C. 20044-7369

Overnight or Hand Delivery
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D St., N.W.
Room 3234
Washington, D.C. 20004

Telephone
202-305-0339


Facsimile
202-305-0275


Electronic Mail
Michael.eitel@usdoj.gov

Dated: May 22, 2006                Respectfully Submitted,

                                    SUE ELLEN WOOLDRIDGE, Asst. Attorney General
                                  JEAN E. WILLIAMS, Section Chief
                                  LISA L. RUSSELL, Asst. Section Chief

                                                */s/ Michael R. Eitel*
                                  MICHAEL R. EITEL,
                                  Trial Attorney (SBN 22889 (Neb.))
                                  U.S. Department of Justice
                                  Environment & Natural Resources Division
                                  Wildlife & Marine Resources Section
                                  Ben Franklin Station, P.O. Box 7369
                                  Washington, DC 20044-7369
                                  Phone: (202) 305-0339/ Fax: (202) 305-0275
                                  Email: Michael.Eitel@usdoj.gov

                                  Attorneys for Federal Defendants