UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LEGACY FISHING COMPANY,** *et al.* | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) No. 1:06CV00835 JR <br> ) |
| **THE HONORABLE CARLOS GUTIERREZ,** | ) <br> ) |
| Defendant. | ) <br> ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION AND RESOLUTION**

This matter came before the Court on Plaintiffs Legacy Fishing Company's and The Fishing Company of Alaska's Unopposed Motion for Expedited Consideration and Resolution of this action. The Court, having considered Plaintiffs' submissions,

HEREBY GRANTS Plaintiffs' Unopposed Motion For Expedited Consideration and Resolution.


Dated: _____             _____
                                    Hon. James Robertson
                                    United States District Court Judge