## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **LEGACY FISHING COMPANY,** *et al.* | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| **v.** | ) No. 1:06CV00835 JR |
|  | ) |
| **THE HONORABLE CARLOS GUTIERREZ,** | ) |
|  | ) |
| **Defendant.** | ) |

_____)

## JOINT PROPOSED CASE MANAGEMENT PLAN

Plaintiffs, Legacy Fishing Company and The Fishing Company of Alaska, Inc., and Defendant, Carlos Gutierrez, in his official capacity as United States Secretary of Commerce, by and through their attorneys, respectfully submit the following proposed case management plan:

1. **Answers and Administrative Record.** Defendant will file an answer to the Plaintiffs' Complaint and the administrative record no later than June 26, 2006.

2. **Dispositive Motions.** The parties believe that this case should be resolved through dispositive motions.

A. Dispositive motions shall be briefed and filed pursuant to the following schedule:

- July 31, 2006. Plaintiffs' motion for summary judgment due.

- August 31, 2006. Defendant's response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment due.

- September 15, 2006. Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendant's motion for summary judgment due.

- September 27, 2006. Defendant's reply in support of its cross-motion for summary judgment due.

**B.**     The parties further request that the Court exempt this case from the requirements of Local Civil Rules 7(h) and 56.1 with respect to statements of material fact on the basis that this case seeks judicial review of a final agency action on an administrative record and, therefore, there are no issues of material fact.

**C.**     The parties further agree to provide the Court with a Joint Appendix containing hard copies of all record documents cited by the parties in their summary judgment memoranda not later than September 27, 2006.

The parties respectfully request that this Court approve this Joint Proposed Case Management Plan.

Dated: May 24, 2006

Respectfully submitted,


_____/s/_____
David E. Frulla
D.C. Bar No. 414170
Shaun M. Gehan
D.C. Bar No. 483720
Daniel S. Blynn
D.C. Bar No. 488934
Kelley Drye & Warren LLP
3050 K Street, N.W. – Suite 400
Washington, D.C.  20007
Telephone:  (202) 342-8400

**Attorneys for Plaintiffs**

SUE ELLEN WOOLDRIDGE
Asst. Attorney General
JEAN E. WILLIAMS
Section Chief
LISA L. RUSSELL
Asst. Section Chief


_____/s_____
MICHAEL R. EITEL, Trial Attorney
SBN 22889 (Neb.)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0339 / Fax: 202-305-0275
Email:  Michael.eitel@usdoj.gov

**Attorneys for Federal Defendant**


**Proposed Joint Case Management Plan – Page 2**