UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEGACY FISHING COMPANY,** *et al.* )<br><br>  Plaintiffs, )<br><br>v. )<br><br>**THE HONORABLE CARLOS GUTIERREZ,** )<br><br>  Defendant. ) | No. 1:06CV00835 JR |

### [PROPOSED] ORDER ADOPTING JOINT PROPOSED CASE MANAGEMENT PLAN

Upon consideration of the parties' Joint Proposed Case Management Plan, the Court HEREBY ORDERS that the parties comply with the following litigation schedule:

1. By June 26, 2006, Defendant shall file the answer to Plaintiffs' Complaint, as well as the administrative record.

2. By July 31, 2006, Plaintiffs shall file their motion for summary judgment.

3. By August 31, 2006, Defendant shall file the response to Plaintiffs' motion for summary judgment and its cross-motion for summary judgment.

4. By September 15, 2006, Plaintiffs shall file their reply brief in support of their motion for summary judgment and in opposition to Defendant's cross-motion for summary judgment.

5. By September 27, 2006, Defendant shall file its reply brief in support of his cross-motion for summary judgment.

In addition, by September 27, 2006, the parties shall file a Joint Appendix containing hard copies of all record documents cited by the parties in their summary judgment briefs.

IT IS FURTHER ORDERED that the parties' respective statements of material fact may be omitted due to the nature of this litigation.

Dated: _____                    _____
                                          Hon. James Robertson
                                          United States District Court Judge