**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGACY FISHING COMPANY, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-0835 (JR) |
| : | |
| CARLOS GUTIERREZ, Secretary of : | |
| Commerce, : | |
| : | |
| Defendant. : | |

### ORDER

Plaintiffs' unopposed motion to expedite consideration and resolution [9] is **granted**. Their joint proposed case management plan [10-1] is **approved**. The deadlines and provisions set forth in their joint proposed order [10-2] are **so ordered**. The Clerk is directed to set oral argument on all pending motions **during the week of October 23, 2006**. It is **SO ORDERED**.


                              JAMES ROBERTSON
                         United States District Judge