UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY; THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | Civ. No. 06-0835 (JR) |

**FEDERAL DEFENDANT'S NOTICE OF FILING
THE ADMINISTRATIVE RECORD**

Notice is hereby provided to the Court and the parties that, on June 26, 2006, Federal Defendant filed with this Court a copy of the administrative record of the National Marine Fisheries Service ("NMFS") for Amendment 79 to the Fishery Management Plan for the Groundfish of the Bering Sea and Aleutian Islands Management Area and its implementing regulations, 71 Fed. Reg. 17362 (Apr. 6, 2006). Pursuant to Local Civil Rule 5.4(e)(1)(A), NMFS's administrative record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. Instead, Federal Defendant file with the Court today (1) CD-ROM containing NMFS's administrative record.

NMFS's certification of this administrative record is attached hereto as Exhibit 1, and an attachment to the certification is attached hereto as Exhibit 2. An Index for the administrative record is attached hereto as Exhibit 3. Copies of this administrative record and index are also being provided today to Plaintiff. Further, one additional CD-ROM (and additional copies of the

certification and index) will also be filed with the Court for the Court's convenience.[1]

Dated: June 26, 2006            Respectfully Submitted,

SUE ELLEN WOOLDRIDGE, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

            */s/ Michael R. Eitel*
MICHAEL R. EITEL,
Trial Attorney (SBN 22889 (Neb.))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275
Email: Michael.Eitel@usdoj.gov

Attorneys for Federal Defendant

---

[1] The administrative record filed with the Court does not include 48 cassette tapes which are part of the administrative record. In the event either party uses portions of the cassette tapes, the tapes will be transcribed and provided to the Court as part of the Joint Appendix to be filed on September 27, 2006. See Joint Proposed Case Management Plan at 2 (Dkt. #10); Order (Dkt. #11) (approving the Joint proposed case management plan).