FORM CD-64  
(REV--1-00)  
DAO 201-17

U.S. DEPARTMENT OF COMMERCE

Juneau, Alaska June 20, 2006

**I HEREBY CERTIFY** that the annexed is a true copy of the Administrative Record of the National Marine Fisheries Service for Amendment 79 to the Fishery Management Plan for Groundfish of the Bering Sea and Aleutian Islands Management Area. The Administrative Record has been compiled pursuant to the National Marine Fisheries Service's "Guidelines for Agency Administrative Records" dated March 1, 2005 and attached hereto. The Administrative Record is on file in the Records Management Office, Alaska Region, National Marine Fisheries Service, 709 West 9th Street, Juneau, Alaska, Room 413A.

*Ellen Walsh*

Records Manager and FOIA Officer, NMFS/AK

---

**I HEREBY CERTIFY** that Ellen Walsh, who signed the foregoing certificate, is now, and was at the time of signing, the Records Manager and FOIA Officer for the National Marine Fisheries Service, Alaska Region and that full faith and credit should be given her certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this 20th day of June, two thousand and six

For the SECRETARY OF COMMERCE:

*Robert D. Mecum*  
Certifying Officer  
*Acting Regional Administrator*