NMFS, ALASKA REGION
ADMINISTRATIVE RECORD
FOR BERING SEA ALEUTIAN ISLAND
FISHERY MANAGEMENT PLAN 79 GROUNDFISH RETENTION STANDARD
(IR/IU C)
**Legacy Fishing Company & The Fishing Company of Alaska, Inc**
v.
**NMFS**

Case No 1:06CV00835

A – Federal Register Notices
B – NPFMC documents
C - NMFS Correspondence and Analyses
D - Audio Tapes and Tape Indexes
E - Public Comments
F – Privileged

## A.    FEDERAL REGISTER NOTICES

1. 11-18-02, 67 FR 69508, Notice, re. Meeting of the North Pacific Fishery Management Council and its advisory committees. 2pp

1.a 03-18-03, 68 FR 12894, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees.  2pp

2. 05-21-03, 68 FR 27785, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees.  2pp

3. 09-09-03, 68 FR 53138, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees.  2pp

4. 10-30-03, 68 FR 61792, Notice, re. Meetings of the North Pacific Fishery Management Council's IR/IU Technical Committee.  1pp

5. 11-24-03, 68 FR 65890, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees.  2pp

6. 01-16-04, 69 FR 2579, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees.  2pp

7. 03-08-04, 69 FR 10679, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees.  1pp

7.a   05-21-04, 69 FR 29269, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees. 2pp

8.    09-13-04, 69 FR 55143, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees. 2pp

9.    11-23-04, 69 FR 68131, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees. 1pp

10.   01-11-05, 70 FR 1875, Notice, re .Meetings of the North Pacific Fishery Management Council and its advisory committees. 1pp

10.a  05-20-05, 70 FR 29284, Notice, re. Meetings of the North Pacific Fishery Management Council and its advisory committees. 1pp

11.   06-02-05, 70 FR 32287, Notice of Availability; Request for Comments; The NPFMC has submitted Amendment 79 to the FMP for Groundfish of the BSAI. 2pp

12.   06-16-05, 70 FR 35054, Notice of Proposed Rule; Request for Comments; Fisheries of the EEZ off Alaska; Groundfish Retention Standard. 8pp

13.   04-06-06, 71 FR 17362, Notice, re, NMFS issues a Final Rule to implement the GRS in Amendment 79. 22pp

## B.    NPFMC DOCUMENTS

### 2002

14.   11-06-02, Draft Agenda for NPFMC December 4-9, 2002 meeting. 5pp

14.a  11-22-02, Email to Gail Bendixen, distribution list, from Jon McCracken, re. IRIU Committee Meeting November 26; attachment: Groundfish Retention by Gear & Target.xls. 21pp

15.   11-22-02, Email to Gail Bendixen, distribution list, from Jon McCracken, re. IRIU Committee Meeting Data Files; attachment: Groundfish Retention by Gear & Target.pdf, Groundfish Retention by Sector & Target.pdf, Vessel Discards by Target & Sector.pdf, Summary Table of Retention Data. 31pp

16.   11-25-02, Email to Gail Bendixen, distribution list, from Jon McCracken, re. IRIU Graphs (update); attachment: Vessel Discards by Target & Sector.pdf. 15pp

17. 11-25-02, Memorandum to Council, SSC, and AP Members, from Chris Oliver, re. Improved Retention and Utilization (IR/IU) for flatfish, Agenda Item C-5; attachments Final Council Motion on IR/IU for Flatfish 10-06-02; tables showing discards and retention rated by target species form 1995 to 2001;11-13-02 letter to Garland Walker and Jeff Passer, re. NMFPC comments to Amendment C monitoring and enforcement considerations; and draft minutes IR/IU Committee November 26, 2002. 36pp

18. 11-26-02, Draft Minutes; IR/IU Committee, Agenda C-5, Supplemental, November 26, 2002 meeting.  2pp

19. 12-27-02, Email to Gail Bendixen, distribution list, from Jon McCracken, re. IR/IU Meeting. 1pp

19.a 12/2002 ( 12-04/09-02), Minutes of the NPFMC December meeting with Table of Contents (TOC), including appendix 1-10. 139pp

19.b 12/2002, Newsletter, News and Notes, for the December NPFMC meeting. 12pp

**2003**

20. 01-10-03, Email to Jon McCracken, distribution list, from William Orr, re. IR/IU Committee Meeting. 2pp

21. 01-17-03, Memorandum to SCC, and AP Members, from Chris Oliver, re. Improved Retention and Utilization (IR/IU) for flatfish, agenda item C-6. 10pp

22. 01-23-03, NPFMC Draft Agenda for January 27- February 4, 2003 meeting. 4pp

22.a  02/2003 Minutes for the January/February NPFMC meeting.

23. 02-14-03, Email to Gail Bendixen, distribution list, from Jon McCracken, re. Game Plan and Meeting Dates for IR/IU Committee; attachment: Committee Memo February 14.wpd.  2pp

24. 02/2003, Newsletter, *News and Notes*, for February's NPFMC meeting. 8pp

25. 03-11-03, Email to Greg Baker, distribution list, from Chris Oliver, re. IRIU files.  13pp

26. 03-28-03, NPFMC draft agenda for April 2-April 8, 2003 and draft agenda schedule. 5pp

3

26.a   02/2003 Minutes of the March/April NFPMC meeting.

27.   04-01-03, Memorandum to Council, SSC and AP Members, from Chris Oliver, re: IR/IU; Agenda C-7; attachments include Summary of IR/IU Technical Committee Meeting; Draft Decision Tree for Amendment A; Summary of IRIU Technical Committee Meeting (02-27/28-03)l Council motion on IRIU Amendments A and D; AP motion Draft Decision tree for Amendment A; executive summary IR/IU Trailing amendment C; draft for public review; March 2003 NPFMC Review draft EA/RIR/IRFA; March 2003 Public Review Draft EA/RIR/IRFA.  143pp

28.   04/2003, Newsletter, *News and Notes*, for April's NPFMC meeting. 7pp

29.   06-05-03, NPFMC Draft Agenda for June 11-18, 2003 meeting and draft schedule. 5pp

30.   06-06-03, Memorandum to Council, SSC and AP Members, from Chris Oliver, re: IR/IU and related amendments, Agenda C-5, attachments: May 20, 2003 Public Review Draft EA/RIR/IRFA; Summary of Council actions on IR/IU trailing amendments A, C and D; May 20, 2003; 05-29-03 letter to David Benton, re. partially approval of amendment; IR/IU Trailing Amendment C Executive Summary of Draft for Public Review  A Discussion of Analytical Issues and Potential Changes in the Specification of Alternatives for Amendment A; Summary of Council Actions ion IR/IU Trailing Amendments A, C, and D at the April 2003 meeting; 06-03-03 letters from: Matthew Doherty,  United States Seafoods. LLC; Arni Thompson, Alaska Crab Coalition; Thorn Smith, North Pacific Longline Association; Gerry Merrigan, Prowler Fisheries; T. Edward Luttrell, Groundfish Forum with  04-29-03 letter; Jim Ayers, Oceana; Trevor McCabe, At Sea Processors; and Donna Parker, Arctic Storm Management Group. 200pp

30.a   06/2003 Minutes of the June NFPMC meeting.

31.   06/2003, Newsletter, *News and Notes,* for June's NPFMC meeting. 10pp

32.   08-20-03, Email to Greg Baker, distribution list, from Maria Shawback, re. IRIU meeting 8/25; attachment IRIU803.pdf.  45pp

33.   08-29-03, NPFMC Draft Agenda for October 8-14, 2003 meeting.  4pp

34.   08/2003, NPFMC IR/IU Technical Committee Report, re: discuss a number of issues stemming from the June 2003 Council meeting.  19pp

35.   09-16-03, Memorandum to Council; SSC and AP Members, from Chris Oliver, re: IR/IU and related amendments, Agenda C-4; attachments 08/2003 IR/IU Technical Committee Report; Appendix A- Components and Options

for Amendment 80.a; Sector Allocations Calculated using TAC as Denominator; PSC Allocations; 10-01-03 letters from Gerry Merrigan, Prowler Fisheries, INC, and Ed Luttrell, Groundfish Forum . 63pp

36. 10-03-03, Draft Agenda for October 8-14, 2003 meeting and draft schedule. 5pp

37. 10-07-03, Letter to Madam Chair Stephanie Madsen, NPFMC, from Michelle Ridgeway, NPFMC AP Member, re. Comment on IRIU Amendment 79: Groundfish Retention Standard. 3pp

37.a 10/2003 Minutes of the October NPFMC meetings.

38. 10/2003, Newsletter, *News and Notes*, for October's NPFMC meeting. 15pp

39. 11-07-03, Draft Agenda for NPFMC's 164th Plenary Session, meeting December 10-16 in Anchorage, AK. 6pp

39.a 11-12-03, Email to Jason Anderson, and distribution list, from Jon McCracken, re. IRIU November Meeting Agenda; attachment: November Draft IRIU Agenda.pdf. 2pp

40. 11-14-03, Email to Jason Anderson and distribution list, from Jon McCracken, re. Discussion Paper for Nov 18-19 IR/IU Meeting, attachment: November IRIU Committee Meeting Discussion Paper.pdf. 38pp

41. 11-24-03, Memorandum to Council, SSC, and AP Members, from Chris Oliver, re. IR/IU and related amendments, Agenda item C-3 for December 2003 meeting. 48pp

42. 12-01-03, Email to Jason Anderson and distribution list, from Jon McCracken, re. IR/IU, attachment: Nov 18-19 IRIU Committee Minutes.pdf. 26pp

43. 12-04-03, Draft Agenda for December 10-16, 2003 meeting and draft schedule. 5pp

44. 12-10/15-03, Minutes of the NPFMC December meeting. 139pp

45. 12/2003, Newsletter, *News and Notes*, for December's NPFMC meeting. 10pp

**2004**

46. 01-09-04, Email to Records.FAKR from Maria Shawback, re: February NPFMC Meeting 2-10; attachment 204 draft agenda. 6pp

47. 01-26-04, Memorandum to Council; SSC and AP Members, from Chris

Oliver, re: IR/IU and related amendments, Agenda C-3; Agenda C3 Supplemental February2004.  37pp

48. 01-30-04, Draft Agenda for February 4 to February 10, 2004 NPFMC meeting and schedule. 3pp

49. 02-04/09-04, Minutes of the NFPMC February meeting. 59pp

49.a 02-11-04, Letter to Stephanie Madsen, NPFMC, from Kevin C. Duffy, DFG, re. Amendment 79 letter to council.  8pp

50. 02/2004, Newsletter, *News and Notes*, for February's NPFMC meeting. 7pp

50.a 03-25-04, Draft Agenda for March/April NPFMC meeting. 4pp

51. 03-26-04, Memorandum to Council; SSC and AP Members, from Chris Oliver, re: IR/IU, Agenda C-6, April 2004; Agenda C6 Supplemental April 2004.  34pp

52. 03-30/04-05-04, Minutes of the March/April NPFMC meeting. 73pp

53. 04-23-04, Email to Greg Baker, distribution list, from Jon McCracken, re. IR/IU Meeting on May 17th and 18th; attachment: Component 10 Writeup.doc. 9pp

54. 04/2004, Newsletter, *News and Notes*, for April's NPFMC meeting. 7pp

54.a 04/2004, Minutes of the April NPFMC meetings.

55. 05-25-04, Email to Greg Baker, distribution list, from Jon McCracken, re. Draft Copy of the May IR/IU Meeting; attachment: IRIU May 04 Committee Meeting Minutes.  5pp

56. 05-26-04, Memorandum to Council; SSC and AP Members, from Chris Oliver, re: IR/IU, Agenda C-6, June 2004; Agenda C6 Supplemental.  72pp

56.a 06-04-04, Draft Agenda for June  NPFMC meeting. 4pp

57. 06-08/15-04, Minutes of the June NPFMC meeting. 78pp

58. 06/2004, Newsletter, *News and Notes*, for June's NPFMC meeting. 8pp

59. 09-24-04, Memorandum to Council; SSC and AP Members, from Chris Oliver, re: IR/IU, Agenda C-4; Agenda C4 Supplemental October 2004.  54pp

59.a    10-01-04, Draft Agenda for October NPFMC meeting. 4pp

60.    10-06/12-04, Minutes of the October NPFMC meeting. 82pp

61.    10/2004, Newsletter, *News and Notes*, for October's NPFMC meeting. 14pp

62.    11-24-04, Memorandum to Council; SSC and AP Members, from Chris Oliver, re: IR/IU, Agenda C-5; Agenda C5 Supplemental December 2004. 57pp

62.a    12-03-04, Draft Agenda for December NPFMC meeting. 4pp

62.b    12/2004 Minutes of the December NPFMC meeting. 75pp

63.    12/2004, Newsletter, *News and Notes*, for December's NPFMC meeting. 15pp

**2005**

64.    02/2005, Newsletter, *News and Notes*, for February's NPFMC meeting. 10pp

64.a    06/2005 Minutes of the June NPFMC meeting.

65.    05-23-05, Memorandum to Council; SSC and AP Members, from Chris Oliver, re: IR/IU, Agenda C-7; Agenda B2 Supplemental June 2005; Agenda B4 Supplemental June 2005; Agenda B2 Supplemental June 2005, Letter to Stephanie Madsen from Jim Balsiger, re: revised schedule for Amendment 79. 54pp

66.    05-26-05, Letter to Jim Balsiger from Chris Oliver, re: begin formal secretarial review on Amendment 79; attachment: FMP amendment text, Draft Proposed rulemaking, EA/RIR/IRFA, NOA of FMP amendment. 192pp

66.a    05-27-05, Draft Agenda for June NPFMC meeting. 4pp

66.a.01 06/2005 Minutes of the June NPFMC meeting.

66.b    06/2005, Newsletter, *News and Notes*, for June's NPFMC meeting. 8pp

66.c    07-05-05, Letter to Sue Salveson from Chris Oliver (NPFMC), re: Proposed Rule to implement Amendment 79. 2pp

66.d    10/2005 Minutes of the NPFMC meeting.

66.e    12/2005 Minutes of the NPFMC meeting.

**2006**

66.f    06/2006 (revised from January 2005), Fishery Management Plan for the Groundfish of the Bering Sea and Aleutian Islands Management Area, prepared by the NPFMC.

## C -    NMFS CORRESPONDENCE AND ANALYSIS

### January 2003

67.    01-17-03, Memorandum for William T. Hogarth, Ph. D, Assistant Administrator for Fisheries, from James W. Balsiger, Administrator, re. NPFMC January 2003 Meeting Briefing Memorandum. 21pp

### March 2003

68.    03-17-03, Memorandum for William T. Hogarth, Ph. D, from James W. Balsiger, re. NPFMC April 2003 Meeting Briefing Memorandum. 18pp

### April 2003

69.    04-14-03, Memorandum for William T. Hogarth, Ph. D, from James W. Balsiger, re. Actions of the NFPMC Taken at its Meeting in April 2003. 35pp

### May 2003

70.    05-08-03, Memorandum for The Record, from Kenneth D. Hansen, AKR, re: Enforcement comment on IR/IU Trailing Amendment C (Groundfish Retention Standard). 5pp

71.    05-30-03, Memorandum for William T. Hogarth, from James Balsiger, re. North Pacific Fishery Management Council's June 2003 Meeting – Briefing Memorandum. 11pp

### June 2003

72.    06-03-03, Letter faxed to David Benton and James Balsiger, from Jim Ayers, re. Improved Retention/Improved Utilization (IR/IU). 2pp

73.    06-10-03, Memo to Enforcement Committee, from Kenneth D. Hansen, re. Enforcement concerns with current incarnation of Minimum Groundfish Retention Standard (Amend. C). 4pp

74.    06-23-03, Memorandum for William T. Hogarth, Ph.D, from James Balsiger, AKR, re. Actions of the North Fishery Management Council Taken at its Meeting in June 2003. 23pp

**October 2003**

75. 10-01-03, Memorandum for William T. Hogarth, from James Balsiger, re. North Pacific Fishery Management Council's October 2003 Meeting – Briefing Memorandum; attachment: Draft Agenda.  33pp

76. BLANK

77. 10-21-03, Memorandum for William T. Hogarth, from James W. Balsiger, AKR, re. North Pacific Fishery Management Council Meeting; attachment: Agenda.  54pp

**November 2003**

78. BLANK

79. 11-26-03, Letter to Madam Chair Stephanie Madsen, NPFMC, from Jim Balsiger, re. Status report on approval issues relevant to Amendment 79.  4pp

80. 11-26-03, Memorandum for William T. Hogarth, from James Balsiger, AKR, re. North Pacific Fishery Management Council Meeting December 2003 Meeting – Briefing Memorandum; attachment: Draft Agenda.  15pp

**December 2003**

81. 12-19-03, Memorandum for William T. Hogarth, from James Balsiger, re. North Pacific Fishery Management Council Meeting; attachment: Draft Agenda.  39pp

**January 2004**

82. 01-27-04, Memorandum for William T. Hogarth, from James Balsiger, AKR, re. North Pacific Fishery Management Council Meeting February 2004 – BRIEFING MEMORANDUM, attachment: Draft Agenda.  21pp

**February 2004**

83. 02-12-04, Memorandum for William T. Hogarth, from James Balsiger, re. North Pacific Fishery Management Council Meeting; attachment: Draft Agenda.  31pp

**March 2004**

84. 03-30-04, Memorandum for James Balsiger, from, Lewis E. Queirolo, re. Review and Clearance of an Environmental Assessment/Regulatory Impact Review/Initial Regulatory Flexibility Analysis for Amendment 79 to the Fishery Management Plan for Groundfish in the Bering Sea and Aleutian Islands, Minimum Groundfish Retention Standard (IR/IU Trailing Amendment C).  2pp

**April 2004**

85. 04-08-04, Memorandum for William T. Hogarth, from James Balsiger, re. North Pacific Fishery Management Council's April Meeting; attachment: Draft Agenda.  41pp

**October 2004**

86. 10-14-04, Memorandum for William T. Hogarth, from James W. Balsiger, re. North Pacific Fishery Management Council's June Meeting; attachment: Draft Agenda.  45pp

**November 2004**

87. 11-26-04, Briefing Memorandum for William T. Hogarth, from James W. Balsiger, re. North Pacific Fishery Management Council's December 2004 meeting; attachment:  Draft Agenda.  19pp

88. 11-29-04, Letter to Stephanie Madsen, NPFMC, from James Balsiger, re. December status report on Amend 79.  3pp

**December 2004**

89. 12-03-04, Memorandum for James Balsiger, from Douglas P. DeMaster, re. Implementation of Amendment 79.  4pp

90. BLANK

91. 12-20-04, Memorandum for William T. Hogarth, from James Balsiger, re. North Pacific Fishery Management Council's December Meeting with Agenda.  6pp

**2005**

**January 2005**

92. 01-03/04-05, Paper, A Discussion of Observer Program Comments on Amendment 79, draft. 3pp

92.a    01-19-05, Email to David Wood from Jeff Hartman, re. Amendment 79. 2pp

**March 2005**

93.     03-08-05, Email to Teressa Kandianis from Jeff Hartman, re. Amendment 79; attachment: 11-29-05 letter to Stephanie Madsen, NPFMC, re. update on AMD 79.  5pp

94.     03-31-05, Memorandum to William Hogarth, from James Balsiger, re. Clearance of a Proposed Rule to Implement Amendment 79 to the Fishery Management Plan for the Groundfish Fishery of the Bering Sea and Aleutian Islands Area (FMP) –Issues Advisory. 3pp

**May 2005**

95.     05-05-05, Email to Sue Salveson from Shaun Gehan, Collier Shannon Scott, PLLC, re. Draft White Paper; attachment:  White Paper Legal Issues Relating to Amendment 79 to the Fishery Management Plan for the Groundfish in the Bering Sea and Aleutian Islands. 14pp

96.     05-13-05, Memorandum for William T. Hogarth, Ph. D., from James W. Balsiger, re. NPFMC June 2005 Briefing Memorandum, attachment: Draft Agenda.  15pp

97.     05-24-05, Letter to Mr. Chris Oliver (NPFMC) from James W. Balsiger, re: Draft regulations added to Amendment 79 that would change the FMP by adding a minimum groundfish retention standard (GRS) for all non-pollock groundfish fisheries; attachments: FMP amendment text, , NOA, Draft Proposed Rule; and May 20, 2005 EA/RIR/IRFA.  191pp

98.     05-26-05, Memo for William T. Hogarth from James W. Balsiger, re. Clearance of a Proposed Rule to Implement Amendment 79 to the FMP for Groundfish of the Bering Sea and Aleutian Islands Management Area; attachments: amendment text; PR; NOA; May 24 Draft for Review EA/RIR/IRFA; 05-26-05 Section 515 Pre-Dissemination Review & Documentation Form; 06-06-05 Clearance Memo for Walpole and Cohen; 05-26-05 Memo for John H. Dunnigan from James W. Balsiger, re. Clearance of Notice of Availability; 05-26-05 letter to Bill Jeffress, State of Alaska, Department of Natural Resources, re. request review of rulemaking; 06-03-05, Memo for Thomas M. Sullivan from John H. Dunnigan, re. Request for comments on IRFA; 06-06-05, Memo for Conrad C. Lautenbacher, re. Proposed rule; 06-14-05, Information Memo fro the Secretary from Conrad C. Lautenbacher, re. Proposed Rule; Regulatory and Certification Form for PR & NOA; and division clearance sheet. 212pp

99.     05-27-05, Letter to Stephanie Madsen, Chair from James W. Balsiger, re.

11

    provide you with a draft schedule; attachment: Schedule for BSAI Amendment 79. 2pp

**June 2005**

100.    06-17-05, Email to Michelle Ridgeway from Jeff Hartman, re: IRIU AM 79; attachment: Amendment Language Text. 3pp

101.    06-28-05, Email to Sue Salveson from Jeff Hartman, forwarded from Rachel S. Baker, re: Industry Meeting. 1pp

102.    06-29-05, Email to Jeff Hartman from Mary Furuness, re: Am 79 analysis (catch numbers for targets and by species). 1pp

**August 2005**

103.    08-04-05, Email to Jeff Passer, from Sue Salveson, forward from James Balsiger and Bill Woolf, re. Amendment 79. 1pp

104.    08-16-05, Memorandum to William Hogarth, from James Balsiger, re. Amendment 79 to the FMP for the Groundfish Fishery of the Bering Sea and Aleutian Islands Area. Issues Advisory. 2pp

105.    08-18-05, Email to Sue Salveson and Jeff Hartman from David Wood, re. Fish Oil Contact. 1pp

106.    08-24-05 (08-31-05 concur), Memo for William T. Hogarth from James W. Balsiger, re. Approval of Amendment 79 to the FMP for Groundfish Fishery of the Bering Sea and Aleutian Islands Area, Decision Memo; attachments: 09-12-05 letter to All Interested Parties; 08-22-05 EA; 08-31-05 FONSI; 09-12-05 Decision Memo for Susan A. Kennedy, re. FONSI; 08-24-05 Section 515 Pre-Dissemination Review & Documentation Form; 08-31-05 Information Memo for Walpole, re. Approval; and divisional clearance sheet. 102pp

107.    BLANK

108.    08-31-05, Letter to Chris Oliver, NPFMC, from James Balsiger, re. NMFS approval of Amendment 79. 1pp

**September 2005**

108.a    09-15-05, Notice of Office of Management and Budget Action, PRA for Amendment 79. 21pp

109.    09-26-05, Memorandum to William Hogarth, from James Balsiger, re. North

12

       Pacific Fishery Management Council Meeting October 2005 – Briefing Memorandum, 1pp (responsive cover page only)

109.a   09-26-05, Email to Sue Jorgensen, USGC, from Jeff Hartman, re (with attachment) request for Vessel Safety section final review of USGC stability comment (Amendment 79); attached comments. 5pp

**November 2005**

110.   11-18-05, Memorandum to William Hogarth, from James Balsiger, re. Final Rule to Implement a Groundfish Retention Standard Program – Issues Advisory, 3pp

110.a   11-23/12/01-05, Email to Sue Salveson from Jeff Hartman, forward from CDR Scott Bornemann, and CDR Michael Cerne (USGC), re. comments on proposed mixing of hauls response & vessel stability, re Amendment 79; attached comments. 5pp

**2006**

**February 2006**

111.   02-07-06, (03-13-06 concur)   Approval Decision Memorandum to William T. Hogarth from Robert D. Mecum, re: Approval of Final Rule To Implement a GRS Program;  attachments: Amendment language text; draft final rule; 03-13-06  FONSI, 12/2005 Final EA/RIR/IRFA with 03-16-06 transmittal letter to All Interested Parties; 03-10-06 memo to NOAA NEPA Coordinator concurrence; 12-23-05 Section 515 Pre-Dissemination Review & Documentation Form; 11-18-05  Issues Advisory, Memo for William T. Hogarth, re. Final Rule to Implement a Groundfish Retention Standard Program; 03-13-06 Clearance memo to Walpole and Cohen; 03-13-06 Information Memo for Lautenbacher from Hogarth, re. Final Rule to Implement GRS; 03-13-06 Information Memo for Walpole, re. Approval; NMFS division clearance sheet; Submission of Federal Rules under the Congressional Review Act; Regulatory Services Division editing and Certification form; Certification of Attorney Review**.** 285pp

**March 2006**

112.   03-08-06, Memorandum for William T. Hogarth from James W. Balsiger, re. Supplemental Decision, Approval of Final Rule to Implement a Groundfish Retention Standard Program; attachments: draft Final Rule; 03-13-06 Information Memo for Conrad C. Lautenbacher,  re. Final Rule to Implement GRS; and divisional clearance form. 84pp

113. 03-23-06, Fax to Doug Mecum from Galen Tromble, re. Request for Response to Control Correspondence; attachment: comment letter from FCA dated 02-20-06. 6pp

114. 03-31-06, Letter to Stephanie Madsen, from Robert D. Mecum, re. inform NPFMC on approved final rule for GRS, Amendment 79. 2pp

**April 2006**

115. 04-11-06, Letter to Chris Oliver (NPFMC) from Ellen Walsh, re: transmittal of final EA/IRFA documents regarding the FMP for Amendment 79. 1pp

## D. AUDIO CASSETTES

116. June 2003, Transcript of IRIU Issues, Agenda Item C-5, June 17-18, 2003 tape 85, prepared by Helen Allen. 31pp

117. June 2003, Transcript of IRIU Amendment C Groundfish Retention Standards, June 18, 2003, prepared by Helen Allen. 53pp

118. June 2005, Transcript of Amendment 79 under B-2 NMFS Report, prepared by Helen Allen. 7pp

119. June 2005Transcript of Council Discussion on Amendment 79 under Staff Tasking, prepared by Helen Allen. 2pp

120. December 2002 NPFMC meeting, agenda item C-5; cassette 63. 1 tape

121. April 2003 NPFMC meeting, agenda item C-7; cassettes 54 - 66. 8 tapes

122. June 2003 NPFMC meeting, agenda item C-5, cassettes 85-95. 5 tapes

123. October 2003 NPFMC meeting, agenda item C-4, cassettes 37/38; 61-68. 7 tapes.

124. February 2004 NPFMC meeting, agenda item C-3, cassettes 36-40. 3 tapes

125. June 2004 NPFMC meeting, agenda item C-6, cassettes 49-54. 4 tapes

126. October 2004 NPFMC meeting, agenda item C-4, cassettes 57-65. 5 tapes

127. December 2004 NFPMC meeting, agenda item C-5, cassettes 65-72. 4 tapes

127.a June 2005 NPFMC meeting, agenda item C-7, cassettes 53-73. 11 tapes

# E. PUBLIC COMMENTS

## NOA 70 FR 32287: 06-02-05/08-01-05

128. 06-05-05, Public Comment # 1, B. Sachau.  1pp

129. 07-20-05, Public Comment # 2, Karen Pletnikoff (APIA).  1pp

130. 07-28-05, Public Comment # 3, Jim Ayers (Oceana).  2pp

131. 07-30-05, Public Comment # 4, Michael B. Horton.  1pp

132. 07-30-05, Public Comment # 5, Steve Iverson.  1pp

133. 07-30-05, Public Comment # 6, Jose Barrera.  1pp

134. 07-30-05, Public Comment # 7, Robert Ruiz.  1pp

135. 07-30-05, Public Comment # 8, Manuel Pena.  1pp

136. 07-30-05, Public Comment # 9, Lauriano Rubio.  1pp

137. 07-30-05, Public Comment # 10, Felipe Castillo.  1pp

138. 07-30-05, Public Comment # 11, Frank Martin.  1pp

139. 07-30-05, Public Comment # 12, Mike Beaver.  1pp

140. 07-30-05, Public Comment # 13, Tala Taito.  1pp

141. 07-30-05, Public Comment # 14, Brian Lang.  1pp

142. 07-30-05, Public Comment # 15, Jose Castillo.  1pp

143. 07-30-05, Public Comment # 16, Fuli Lemusu.  1pp

144. 07-30-05, Public Comment # 17, Jose Gonzales.  1pp

145. 07-30-05, Public Comment # 18, Dave Rhode.  1pp

146. 07-30-05, Public Comment # 19, Thorborn Finnbogason.  1pp

147. 07-30-05, Public Comment # 20, Don McLean.  1pp

148. 07-30-05, Public Comment # 21, Jesse Rooke.  1pp

149. 07-30-05, Public Comment # 22, Mitch Hull.  2pp

150. 08-01-05, Public Comment # 23, Shaun M. Gehan (Collier Shannon Scott, PLLC).  33pp

**PROPOSED RULE 70 FR 35054: 06-16-05/08-01-05**

151. 06-16-05, Public Comment # 1, Donna Bondioli.  1pp

152. 07-28-05, Public Comment # 2, M.M. Rosecrans (USCG).  2pp

153. 07-28-05, Public Comment # 3, David Wood (U.S. Seafoods, LLC).  4pp

154. 07-30-05, Public Comment # 4, Bryan Bondioli.  1pp

155. 08-01-05, Public Comment # 5, William Orr (Groundfish Forum).  13pp

156. 07-27-05, Public Comment # 6, David E. Frulla (Collier Shannon Scott, PLLC).  4pp

157. 07-30-05, Public Comment # 7, Keith Bruton (O'Hara Corp.).  4pp

158. 08-01-05, Public Comment # 8, David Wilson (IQUIQUE U.S., LLC).  1pp

159. 08-01-05, Public Comment # 9, James Hart.  1pp

160. 08-01-05, Public Comment # 10, Jason White.  1pp

161. 08-01-05, Public Comment # 11, Shelby Galligan.  1pp

162. 07-29-05, Public Comment # 12, Kim Milium (Kodiak Fish Company).  1pp

163. 08-01-05, Public Comment # 13, Rudy A. Petersen and Helena Park (Fisherman's Finest, Inc.).  18pp

164. 08-01-05, Public Comment # 14, Jennifer A. Smith (Office of Advocacy, SBA).  5pp

165. 08-01-05, Public Comment # 15, McKie Campbell Commission, ADF&G; attachments: 08-01-05 Krygier memo to Campbell, and 02-10-04 Krygier memo to Duffy.  12pp

166. 08-01-05, Public Comment #16, Timothy W. Meintz (Cascade Fishing, Inc.).  2pp

167. 08-01-05, Public Comment # 17, Mike Szymanski (FCA).  14pp

168. 08-02-05, **RECEIVED LATE**, Public Comment #18, Michael W. Letourneau (EPA). 1pp

169. 07-05-05, Public Comment # 19, Chris Oliver (NPFMC). 2pp

## F. PRIVILEGED DOCUMENTS

### May 2005

170. 05-23/24-05, Certification of Attorney Review (ACP) from 05-26-05 Memo, re. Clearance of Proposed Rule (see entry # 95). 1pp

171. 08-24-05, Certification of Attorney Review (ACP) from 08-24-05, Memo, re. Approval of Amendment (see entry # 106). 1pp

### 2006

### FEBRUARY 2006

172. 02-06/07-06, Certification of Attorney Review (ACP); and 02-02-06 Memo to Reviewers from Susan K. Auer, re. Final Rule to Amendment 79-Enforcement of terms of Alternative Processing Plan (AWP), from 02-07-06 Memo, re. Approval of Final Rule (see entry #111). 2pp

### MARCH 2006

173. 03-08-06, Certification of Attorney Review (ACP), from 03-08-06 Memo, re. Supplement Decision Memo, Approval of Final Rule (see entry #112). 1pp