UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06CV00835 JR |
| ) | |
| THE HONORABLE CARLOS GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER AND
EXTEND TIME TO FILE BRIEFS**

Plaintiffs Legacy Fishing Company and The Fishing Company of Alaska, Inc. and the Federal Defendant join in this respectful request that this Court modestly amend the briefing schedule to reflect the schedule below. The modified schedule does not change the date of the final brief in the Court's Order of May 25, 2006, although it does provide an extra two days for the parties to prepare the Joint Appendix.

Under the modified schedule, dispositive motions shall be briefed and filed pursuant to the following schedule:

- August 3, 2006. Plaintiffs' motion for summary judgment due.

- September 1, 2006. Defendant's response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment due.

- September 15, 2006. Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendant's motion for summary judgment due.

- September 27, 2006. Defendant's reply in support of its cross-motion for summary judgment due.

- September 29, 2006. Parties file Joint Appendix with cited excerpts of the Administrative Record.

This basis for this motion is that Plaintiffs' counsel are confronting unanticipated business travel requirements at the beginning of next week, as well as the unexpected opportunity to resolve a long-standing case. The parties recognize the Court's consideration in setting the case down for oral argument on October 24, 2006, and the parties desire to adhere to that schedule.

July 28, 2006                    Respectfully submitted,


|  |  |
|---|---|
| _____/s/_____ | SUE ELLEN WOOLDRIDGE |
| David E. Frulla | Asst. Attorney General |
| D.C. Bar No. 414170 | JEAN E. WILLIAMS |
| Shaun M. Gehan | Section Chief |
| D.C. Bar No. 483720 | LISA L. RUSSELL |
| Daniel S. Blynn | Asst. Section Chief |
| D.C. Bar No. 488934 |  |
| Kelley Drye & Warren LLP |  |
| 3050 K Street, N.W. – Suite 400 | _____/s_____ |
| Washington, D.C. 20007 | MICHAEL R. EITEL, Trial Attorney |
| Telephone: (202) 342-8400 | SBN 22889 (Neb.) |
|  | United States Department of Justice |
| **Attorneys for Plaintiffs** | Environment & Natural Resources Division |
|  | Wildlife & Marine Resources Section |
|  | Ben Franklin Station, P.O. Box 7369 |
|  | Washington, D.C. 20044-7369 |
|  | Tel: 202-305-0339 / Fax: 202-305-0275 |
|  | Email: Michael.eitel@usdoj.gov |
|  | **Attorneys for Defendant** |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
LEGACY FISHING COMPANY, *et al.*        )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )  No.  1:06CV00835 JR
                                        )
THE HONORABLE CARLOS GUTIERREZ,         )
                                        )
    Defendant.                          )
_____)


**[PROPOSED] ORDER GRANTING JOINT MOTION AMEND THE <u>SCHEDULING ORDER AND EXTEND TIME TO FILE BRIEFS</u>**


The Court, having considered the parties' joint motion, the Court HEREBY GRANTS their Joint Motion to Amend the Scheduling Order and Extend Time to File Briefs.


Dated: _____          _____
                                Hon. James Robertson
                                United States District Court Judge