UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEGACY FISHING COMPANY, *et al.*,<br>　　　Plaintiffs,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>) No. 1:06CV00835 JR<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS LEGACY FISHING COMPANY AND THE FISHING COMPANY
OF ALASKA'S *ERRATA* TO THEIR MOTION FOR SUMMARY JUDGMENT**

　　　Plaintiffs Legacy Fishing Company and the Fishing Company of Alaska submit this *Errata* to their Motion for Summary Judgment and accompanying memorandum of points and authorities and proposed order, filed with this Court on August 4, 2006. In these filings, there were a few instances where fonts were accidentally bolded and formatting issues occurred as a result of the conversion of the documents from Microsoft Word to .pdf for filing. Plaintiffs hereby attach conformed copies of these pleadings. The fonts and formatting have been corrected and the dates on the motion and memorandum of points and authorities have been changed to reflect today's date.

Plaintiffs sincerely appreciate the Court's and Clerk of Court's time and attention to this matter.

Dated: August 7, 2006                                      Respectfully submitted,

                                                                          _____/s/_____
                                                                          David E. Frulla
                                                                          D.C. Bar No. 414170
                                                                          Shaun M. Gehan
                                                                          D.C. Bar No. 483720
                                                                          Daniel S. Blynn
                                                                          D.C. Bar No. 488934
                                                                          Kelley, Drye Collier Shannon LLP
                                                                          3050 K Street, N.W. – Suite 400
                                                                          Washington, D.C.  20007
                                                                          Telephone:  (202) 342-8400
                                                                          Facsimile:  (202) 342-8451

                                                                          *Attorneys for Plaintiffs*