IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:06-CV-00835-JR ) |
| THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Intervene by Oceana and Alaska Marine

Conservation Council, the Memorandum of Points and Authorities in Support thereof, and

responses thereto, it is hereby ORDERED that, for good cause shown, the motion to intervene is

GRANTED.  Oceana and Alaska Marine Conservation Council are hereby permitted to intervene

in this action as a matter of right pursuant to Federal Rule Civil Procedure 24(a)(2) and

permissively pursuant to Federal Rule Civil Procedure 24(b)(2).

The Answer submitted with the Motion to Intervene by Oceana and Alaska Marine

Conservation Council shall be filed as these intervenors' Answer.

SO ORDERED this _____day of _____, 2006.

_____
JAMES ROBERTSON
United States District Judge