Eric P. Jorgensen
Michael C. LeVine
Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891

Janis Searles
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone:  (503) 234-4552
Fax:    (503) 230-0903

*Attorneys for Proposed Intervenor-Defendants Oceana and*
*Alaska Marine Conservation Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | Case No. 1:06-CV-00835-JR |

**DISCLOSURE AND CERTIFICATION BY OCEANA AND ALASKA MARINE CONSERVATION COUNCIL PURSUANT TO LOCAL CIVIL RULE 7.1**

This certificate is provided to satisfy the requirements of Local Rule 7.1.

I, Eric P. Jorgensen, counsel of record for Oceana and Alaska Marine Conservation

Council certify that to the best of my knowledge and belief, neither Oceana nor Alaska Marine

Conservation Council have parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

Dated this 10th day of August 2006.

Respectfully submitted,

Eric P. Jorgensen (D.C. Bar No. 88897)
Michael C. LeVine (Alaska Bar No. 0405032)
Katharine S. Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:   (907) 463-5891
Email: ericj@earthjustice.org

Janis Searles (Alaska Bar No. 9606027)
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone: (503) 234-4552
Fax:   (503) 230-0903
Email: jsearles@oceana.org

*Attorneys for Proposed Intervenor-Defendants Oceana and Alaska Marine Conservation Council*