Eric P. Jorgensen
Michael C. LeVine
Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891

Janis Searles
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone:  (503) 234-4552
Fax:    (503) 230-0903

*Attorneys for Proposed Intervenor-Defendants Oceana and*
*Alaska Marine Conservation Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | Case No. 1:06-CV-00835-JR |

**ANSWER**

Intervenor-Defendants, Oceana and Alaska Marine Conservation Council, hereby adopt and incorporate by reference the Answer filed by Defendant on June 26, 2006 (Docket No. 13) with minor exceptions. Intervenor-Defendants are without sufficient knowledge or information to join the affirmative statements made by Defendant in its Answer. These averments were made

by Defendant in response to allegations made in paragraphs 3, 5-6, 12, 15, 16, 17, 18, 19, 24, 27-28, 39, 40, 41-42, 48, 71, 72, 73, 81, 86, 89, 104, and 107.  Intervenor-Defendants adopt Defendant's responses to these paragraphs except the affirmative statements.  Intervenor-Defendants are without sufficient knowledge or information to admit or deny the allegations to which Defendant's averments were directed and, therefore, deny those allegations.

Dated this 10th day of August, 2006.

Respectfully submitted,

Eric P. Jorgensen (D.C. Bar No. 88897)
Michael LeVine (Alaska Bar No. 0405032)
Katharine S. Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: ericj@earthjustice.org

Janis Searles (Alaska Bar No. 9606027)
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone: (503) 234-4552
Fax:    (503) 230-0903
Email:  jsearles@oceana.org

*Attorneys for Proposed Intervenor-Defendants Oceana and Alaska Marine Conservation Council*