UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>THE HONORABLE CARLOS )<br>GUTIERREZ, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>OCEANA; ALASKA MARINE )<br>CONSERVATION COUNCIL, )<br>)<br>Proposed Intervenor- )<br>Defendants. ) | Civ. No. 06-0835 (JR) |

**FEDERAL DEFENDANTS' RESPONSE TO MOTION TO INTERVENE
BY OCEANA AND ALASKA MARINE CONSERVATION COUNCIL**

Federal Defendants take no position on the Motion to Intervene submitted by Oceana and the Alaska Marine Conservation Council in the above-captioned action.

Dated: August 14, 2006          Respectfully Submitted,

SUE ELLEN WOOLDRIDGE, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

_____/s/ Michael R. Eitel_____
MICHAEL R. EITEL,
Trial Attorney (SBN 22889 (Neb.))
U.S. Department of Justice
Environment & Natural Resources Division

1

Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275
Email: Michael.Eitel@usdoj.gov

Attorneys for Federal Defendant