# Exhibit A

*Legacy Fishing Company, et al. v. Gutierrez*,
1:06-cv-00835-JR

MINUTES

158th Plenary Session
NORTH PACIFIC FISHERY MANAGEMENT COUNCIL
October 2-8, 2002
Seattle, Washington

TABLE OF CONTENTS

A.  CALL TO ORDER/APPROVAL OF AGENDA/MINUTES OF PREVIOUS MEETING(S) .............3
B.  REPORTS ................................................................................................................................3
C.  NEW OR CONTINUING BUSINESS ...................................................................................5
    C-1(a)         Crab Management – Clarification of June 2002 Motion .......................5
    C-1(b, c, d)   Crab Management – Committee Reports, Trailing Amendments & EIS ........12
    C-1(e)         Crab Management – Plan Team Report and PNCIAC Report..........................19
    C-2            Steller Sea Lion Management Measures............................................................20
    C-3            Alaska Groundfish Programmatic SEIS............................................................24
    C-4            Improved Retention and Utilization (IR/IU) for Flatfish.................................26
    C-5            Essential Fish Habitat ..........................................................................................29
    C-6            GOA Groundfish Rationalization ......................................................................34
    C-7            CDQ Program........................................................................................................36
    C-8            Observer Program ................................................................................................37
    C-9(a)         Additional Sideboards for Winter Pacific Cod Fishery ....................................38
    C-9(b)         Single Geographic Location Change .................................................................41
    C-10(a, b)     Halibut Management – Charterboat GHL & Discussion Paper on Subsistence Actions .42
    C-10(c)        Halibut Management – IFQ Program................................................................45
    D-1(a)         Independent $F_{40}$ Review ......................................................................................47
    D-1(b)         TAC-Setting Process............................................................................................47
    D-1(c-f)       Groundfish Management.....................................................................................49
    D-2            Other Business .....................................................................................................55
    D-3            Staff Tasking.........................................................................................................56
CLOSING....................................................................................................................................58

APPENDICES:

I    List of Persons Giving Public Comment
II    Scientific and Statistical Committee Report
III    Advisory Panel Report
IV    Council Motion on BSAI Crab Rationalization
V    Council Motion on IR/IU for Flatfish
VI    Council Motion on Essential Fish Habitat
VII    GOA Working Group Information Request (Appendix 1-4)
VIII    Council Motion on Additional Sideboards for Winter Pacific Cod Fishery

# North Pacific Fishery Management Council



David Benton, Chairman
Chris Oliver, Executive Director

Telephone: (907) 271-2809

605 West 4th Avenue, Suite 306
Anchorage, AK 99501-2252

Fax: (907) 271-2817

Visit our website: http://www.fakr.noaa.gov/npfmc

Certified_____
David Benton, Chairman
Date_____

## MINUTES

### 158th Plenary Session
### NORTH PACIFIC FISHERY MANAGEMENT COUNCIL
### October 2-8, 2002
### Seattle, Washington

The North Pacific Fishery Management Council met October 2-8, 2002, at the Doubletree Hotel in Seattle, Washington. The Scientific and Statistical Committee met September 30-October 3 and the Advisory Panel met September 30-October 5 at the same location. The following members of the Council, staff, SSC and AP attended the meetings.

### Council

| | |
|---|---|
| David Benton, Chairman | Dennis Austin, Vice Chair |
| Stosh Anderson | Dr. David Fluharty |
| Dr. Jim Balsiger | Roy Hyder for Lindsay Ball |
| John Bundy | Stephanie Madsen |
| Kevin Duffy/Earl Krygier for Frank Rue | Bob Penney |
| Dr. Dave Hanson | CAPT Richard Preston |
| | Hazel Nelson |

### NPFMC Staff

| | |
|---|---|
| Chris Oliver, Executive Director | David Witherell |
| Cathy Coon | Gail Bendixen |
| Jane DiCosimo | Maria Shawback |
| Elaine Dinneford | Shannon Vivian |
| Dr. Mark Fina | Diana Evans |
| Nicole Kimball | Dr. Diana Stram |
| Jon McCracken | |

**MINUTES**
**NPFMC MEETING**
**OCTOBER 2002**

### Support Staff

| | |
|---|---|
| John Lepore, NOAA-GCAK | Jeff Passer, NMFS-Enforcement |
| Tom Meyer, NOAA-GCAK | Tamra Faris, NMFS-AKR |
| Joe McCabe, NOAA-GCAK | Jon Kurland, NMFS-AKR |
| Jay Ginter, NMFS-AKR | Shane Capron, NMFS-AKR |
| Glen Merrill, NMFS-AKR | Cindy Hartmann, NMFS-AKR |
| Steve Davis, NMFS | Herman Savikko, ADF&G |
| Michael Payne, NMFS-AKR | Wayne Donaldson, ADF&G |

### Scientific and Statistical Committee

| | |
|---|---|
| Rich Marasco, Chair | Jeff Hartman |
| Jack Tagart, Vice Chair | Mark Herrmann |
| Steve Berkeley | Sue Hills |
| Keith Criddle | Dan Kimura |
| Doug Eggers | Seth Macinko |
| Steve Hare | Ken Pitcher |
| | Terry Quinn |

### Advisory Panel

| | | |
|---|---|---|
| John Bruce, Chairman | Dan Falvey, Co-Vice Chair | Kris Norosz |
| Ragnar Alstrom | Lance Farr | Eric Olson |
| Dave Benson | Duncan Fields | Jim Preston |
| Dave Boisseau | Dave Fraser | Michelle Ridgway |
| Al Burch | Arne Fuglvog | Jeff Steele |
| Craig Cross | Teressa Kandianis | Jeff Stephan |
| Ben Ellis | Bill Jacobsen | Lyle Yeck |
| Tom Enlow | Tracey Mayhew | |

### Other Attendees

The following people signed the attendance register:

| | |
|---|---|
| Robert Mikol | Janet Smoker |
| Katherine McGlashen | Thorn Smith |
| Frank Kelty | Donna Parker |
| Max Malavansky | Ilarion I. Philemonof |
| Marcus Alden | John Henderschedt |
| James Mize | Jim McManus |
| Stephen Taufen | Brent Paine |
| Heather McCarty | Joe Childers |
| Ben Enticknap | Russell Pritchett |
| Craig Cross | |

A list of those who provided public comment during the meeting is found in Appendix I to these minutes.

**MINUTES
NPFMC MEETING
OCTOBER 2002**

C-4        Improved Retention and Utilization (IR/IU) for Flatfish

**ACTION REQUIRED**

a) **Receive report from IR/IU Technical Committee**
b) **Final action on amendment package for flatfish requirements**
c) **Provide direction on trailing amendments**

**BACKGROUND**

**In June the Council reviewed an analysis of potential adjustments to IR/IU requirements for flatfish, which are currently scheduled for implementation in January 2003. Potential adjustments include partial retention requirements (as opposed to 100% retention), a delay in implementation for one to three years, and exemptions from the requirements for fisheries with less than 5% bycatch of the subject flatfish species. Final action is scheduled for this meeting.**

**A critical part of the Council's action in June was to appoint an IR/IU Technical Committee to examine PSC bycatch cooperatives for the flatfish fleet, as a means to accomplish bycatch reductions and facilitate reductions in flatfish discards. The Committee's progress on such a management program may influence the Council's action on the primary IR/IU decision at this meeting. As such, it makes sense to receive the Committee's report at this time. That written report, along with a discussion paper from NMFS on a potential groundfish retention standard, is attached as <u>Item C-4(a)</u>.**

**Following the Committee report, the Council will receive the staff report on the IR/IU amendment package. Depending on the Council's action on that amendment package, further direction to the Committee and/or staff will likely be appropriate, including approval of alternatives and options for formal analysis. The Executive Summary for that analysis is under <u>C-4(b)</u>.**

**Letters received on these issues are under C-4(c).**

**Scientific and Statistical Committee Report**

The SSC did not address this agenda issue.

**Advisory Panel Report**

The Advisory Panel recommended the Council adopt Alternative 3 to delay implementation of IRIU flatfish regulations for 3 years. However, if possible, superceding regulations would be implemented prior to the end of the 3-year exemption period.

The AP also recommended the Council adopt Alternative 4 exempting fisheries with less than a 5% IRIU flatfish bycatch, upon implementation of IRIU flatfish regulations and that the 5% IRIU flatfish bycatch rate retention exemption be established using a three year rolling average and that the retention exemption be reassessed annually.

The AP further recommended the Council initiate analysis on the three trailing amendments identified by the IRIU Committee, amended by the following, with the understanding that these amendments are interactive in nature and should be analyzed standing alone, and in combination. The Council should clarify that these amendments are limited to BSAI fisheries.

MINUTES
NPFMC MEETING
OCTOBER 2002

1. Amendment A: Establish Prohibited Species Bycatch Reduction Co-Operatives
    a. Decision Point 8 — The AP requests the IRIU technical committee further define options for transferability - specifically, can catch history be separated from the vessel, from the LLP and can catch history be subdivided. Further we request the committee provide options for second generation entry into bycatch co-operatives in the event a limited number of co-op form, controlling all available PSC.

2. Amendment B: Create Bycatch caps (Discard Caps) for the Flatfish Fisheries
    a. No Changes

3. Amendment C: A Minimum Groundfish Retention Standard as an Alternative to Flatfish Retention Requirements
    a. Decision Point 5:
        1. Eliminate section 5.1: Daily

        2. Add Decision Point 6: Can the groundfish retention limits be measured across groups or pools?
            6.1 Groundfish retention limits can be measured across pools
            6.2 Groundfish retention limits cannot be measured across pools

        3. Add Decision Point 7: Does a general groundfish retention standard, that isn't species specific, supercede the current pollock and cod retention standard?
            7.1 For all fisheries
            7.2 For all non-pollock fisheries.

The AP recommended that under Amendment C the following language be included in the preamble:

"The purpose of this amendment is to encourage fishermen to avoid unwanted catch, increase utilization of fish that are taken, and, thus, reduce discards of whole fish to the extent practicable (1997 IRIU EA/RIR/IRFA). Additionally, the AP recommends the Council request NOAA General Counsel to issue an opinion regarding definition of "Bycatch Reduction" under the Magnuson Stevens Act inclusive of the concepts of bycatch reduction by rate and/or amount.

The AP further recommended the 5% flatfish IRIU discard rate exemption, should it be implemented in 3 years for Gulf of Alaska Fisheries, be re-examined as part of the Gulf of Alaska Rationalization Initiative.

**DISCUSSION/ACTION**

**Stephanie Madsen moved the Council adopt Alternative 3, but delay implementation of IRIU flatfish regulations until June 1, 2004 with final action scheduled for April 2003 for the Bering Sea/Aleutian Islands ~~and GOA~~. However, if possible, superceding regulations would be implemented prior to the end of the 3-year exemption period.**

~~**Additionally, the Council would adopt Alternative 4 for the BSAI and GOA exempt fisheries with less than 5% bycatch to be adopted upon implementation of IRIU flatfish regulations and that the 5% bycatch rate retention exemption be established using a 3-year rolling average and that retention exemption be reassessed annually.**~~

**MINUTES**
**NPFMC MEETING**
**OCTOBER 2002**

Further, the Council initiate analysis on the 4 trailing amendments ~~identified by the IRIU Committee, amended by the following, with the understanding that these amendments are interactive in nature and should be analyzed standing alone, and in combination. The Council should clarify that these amendments are limited to BSAI fisheries.~~ *described below. Amendments C and D would be on an expedited timeline (i.e., final Council action by April 2003) and Amendments A and B would be accomplished as soon as practicable. Amendments A through C would be limited to the BSAI fisheries. Amendment D would apply to the BSAI and GOA fisheries.*

1. **Amendment A:** Establish Prohibited Species Bycatch Reduction Co-Operatives
   b. Decision Point 8 — The AP requests the IRIU technical committee further define options for transferability - specifically, can catch history be separated from the vessel, from the LLP and can catch history be subdivided. Further we request the committee provide options for second generation entry into bycatch co-operatives in the event a limited number of co-op form, controlling all available PSC.

2. **Amendment B:** Create Bycatch caps (Discard Caps) for the Flatfish Fisheries
   b. No Changes

3. **Amendment C:** A Minimum Groundfish Retention Standard as an Alternative to Flatfish Retention Requirements
   b. Decision Point 5:
      1. Eliminate section 5.1: Daily
      2. Add Decision Point 6: Can the groundfish retention limits be measured across groups or pools?
         6.1   Groundfish retention limits can be measured across pools
         6.2   Groundfish retention limits cannot be measured across pools

      3. Add Decision Point 7: Does a general groundfish retention standard, that isn't species specific, supercede the current pollock and cod retention standard?
         7.1   For all fisheries
         7.2   All fisheries excluding pollock and cod

   Under Amendment C, the following language will be included in the preamble:

   "The purpose of this amendment is to encourage fishermen to avoid unwanted catch, increase utilization of fish that are taken, and, thus, reduce discards of whole fish to the extent practicable (1997 IRIU EA/RIR/IRFA).

4. **Amendment D:** *Establish a regulatory process for the routine review of flatfish bycatch in the BSAI and GOA fisheries and the exemption of fisheries with less than a 5% bycatch if IRIU flatfish from flatfish retention and utilization rules. Similarly, fisheries that exceed this standard would be included in the flatfish IRIU program. The development of this analysis will address NOAA-GC issues associated with frameworked regulatory measures and identify options to best meet the Council intent for timely accountability of fisheries with respect to flatfish bycatch.*

The motion was seconded by Stosh Anderson.

Ms. Madsen pointed out that Amendments A and B provided tools to accomplish Amendment C and that she modified the AP's recommendation from "all non-pollock fisheries" to "all fisheries excluding pollock and cod" due to the public testimony heard.

Sue Salveson was concerned that the motion sounded as if the Council was delaying full implementation for the BSAI and all other fisheries if they fall into those criteria. She didn't think the Council was in a position to say what they could do between now and January 1 to implement these regulations. Chairman Benton clarified that if the motion passed, there would be a delay of IRIU flatfish regulations until June 2004 and the Council would schedule for final action Amendment C for those regulations and put a new program in place. The second part, the 5% exemption, is confusing because in the BSAI if flatfish regulations are delayed the exemption isn't necessary. But in the GOA the 5% exemption would take affect next year.

**Ms. Salveson amended Ms. Madsen's motion in three places, as outlined below, with deletions shown stricken out and additions italicized.**

- **first sentence, first paragraph**
- **second paragraph, add new Amendment D**
- **third paragraph**

Stephanie Madsen seconded the amendment. **Stosh Anderson moved to amend the amendment by removing "and the GOA" from the first sentence of the first paragraph (as shown stricken out).** The motion was seconded and carried without objection.

David Fluharty said it was pretty clear in the Committee meetings that those in the industry were making a concerted effort to put this on a long-term stable track, and they understood the benefits of one not getting out in front of the other, however he could not support the timing of it. The amended motion passed 9-1 with Fluharty against (Penney absent).

The complete Council motion is attached to these minutes as Appendix V.

C-5        Essential Fish Habitat

**ACTION REQUIRED**

**a) Receive EFH committee report**
**b) Identify final alternatives for analysis**

**BACKGROUND**

**EFH committee report**

**The Council appointed an EFH Committee in May 2001, to develop alternatives for EFH & HAPC designation, and alternatives to minimize adverse effects of fishing. Since the June Council meeting, the Committee has met twice to review staff reports on preliminary analysis on HAPC & EFH designation, the findings of the effects of fishing, and to develop alternatives to minimize to the extent practicable adverse impacts of fishing on habitat. Draft minutes from the August meeting are attached as Item C-5 (a)(1). Minutes from the September meeting will be distributed.**