# Exhibit B

*Legacy Fishing Company, et al. v. Gutierrez*,
1:06-cv-00835-JR

# North Pacific Fishery Management Council

Stephanie Madsen, Chair
Chris Oliver, Executive Director

Telephone: (907) 271-2809



Visit our website: www.fakr.noaa.gov/npfmc

605 W. 4th Avenue, Suite 306
Anchorage, AK 99501-2252

Fax: (907) 271-2817

## DOCUMENT TRANSMITTAL COVER SHEET

TO: Iris Korhonen-Penn    463-5891

FROM: Gail Bendixen    FAX NO.: _____

Number of pages (including this cover sheet): 2    Date: 8/17/06

Message: The following letter from AK Marine Conservation Council was submitted during public testimony at the October 2002 Council Mtg. during Dorothy Childers testimony - see attached list #3

If any problems receiving, please call (907) 271-2809



C-4
Dorothy
Childer



# Alaska Marine Conservation Council
Box 101145, Anchorage Alaska 99510
(907) 277-5357 • (fax) 277-5975
amcc@akmarine.org • www.akmarine.org

**Agenda item C-4: IR/IU**

AMCC does **not** support a three-year delay for implementing a new plan for reducing the high bycatch in Bering Sea bottom trawl fisheries. Industry has had five years to adapt to IR/IU. To delay action on this bycatch issue for another three years is too much and not consistent with the Council's promise to address bycatch in these fisheries. Another three-year delay would postpone this major bycatch program for a full 10 years since the Magnuson-Stevens Act was amended with 1) National Standard 9 to "minimize bycatch to the extent practicable," and 2) a specific mandate to reduce economic discards in the North Pacific. Magnuson-Stevens Act §301 (9) and §313(f).

**Recommendations:**

1. **Bifurcate the halibut PSC cooperatives from the decision about how to resolve IR/IU.**
   - We support incentives and tools to assist industry in managing and reducing halibut bycatch, however that alone does not address the problem of high groundfish discards some fisheries.
   - A halibut PSC cooperative requires a longer timeframe to develop because of complexities inherent in allocation of histories, necessary changes in observer procedures, etc. Dealing with a halibut PSC program should not slow down implementation on a program to reduce groundfish discards.

2. **AMCC urges the Council to either implement current IR/IU regulations in January as intended for the past five years or expedite a replacement within one year. We support analysis of Alternative C (require 75% retention of all groundfish) as a substitute for IR/IU as long as it is expedited to be in place within 1 year. This would mean discard cooperatives would most likely have to come later since cooperatives require considerably more time to develop.**

   - Alternative C is the most streamline approach to implement and monitor and could be developed and put into place within a shorter timeframe than Alternative B or any alternative involving cooperatives.
   - Alternative C would raise fisheries with the highest bycatch to an improved level. The Council could also raise the retention standard gradually over a period of years as the fleet develops more experience with markets for these fish and with techniques to avoid unwanted catch.

3. **Support AP recommendation to adopt the original IR/IU purpose to "provide an incentive for fishermen to avoid unwanted catch, increase utilization of fish that are taken, and, thus, reduce discards of whole fish." Amendments 49/49 EA/RIR/IRFA.**

   - Currently the purpose of the trailing amendments is to "not increase discards." AMCC urges the Council to create programs that actually reduce the total amount of bycatch as prescribed in the Magnuson-Stevens Act.

Exhibit 2, Page 2 of 3

*People throughout Alaska working to protect the health and diversity of our marine ecosystem*

Oct 2002

# PUBLIC TESTIMONY SIGN-UP SHEET FOR
## AGENDA ITEM  IR 10  C-4

**PLEASE SIGN ON THE NEXT BLANK LINE.
LINES LEFT BLANK WILL BE DELETED.**

| # | NAME | AFFILIATION |
|---|------|-------------|
| 1 | Teressa Kandianis | Kodiak Fish Co. |
| 2 | John Gauvin | Groundfish Forum |
| 3 | Dorothy Childers | AMCC |
| 4 | John Gruver | United Catcher Boats |
| 5 | Geoff Shester | Oceana |
| 6 | Paul MacGregor | At-Sea Processors |
| 7 | Michelle Ridgway | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

(PLEASE PRINT watermark)

Exhibit 2, Page 3 of 3