**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGACY FISHING COMPANY, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0835 (JR) |
| CARLOS GUTIERREZ, Secretary of Commerce, | : |
| Defendant. | : |

**ORDER**

The motion of Oceana and Alaska Marine Conservation Council for permissive intervention pursuant to Fed. R. Civ. Pro. 24(b) [17] is **granted**. Intervenors must, however, adhere to the briefing schedule proposed by the original parties [24] and approved by minute order dated July 31, 2006.

```
                              JAMES ROBERTSON
                         United States District Judge
```