Eric P. Jorgensen
Michael C. LeVine
Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891

Janis Searles
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone: (503) 234-4552
Fax:    (503) 230-0903

*Attorneys for Intervenor-Defendants Oceana and
Alaska Marine Conservation Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant, and <br><br> OCEANA and ALASKA MARINE CONSERVATION COUNCIL, <br><br> Intervenor-Defendants. | Case No. 1:06-CV-00835-JR |

**MOTION OF MICHAEL C. LEVINE FOR PERMISSION TO
APPEAR AND PARTICIPATE *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Michael C. LeVine moves for permission to appear and participate *pro hac vice* in the above-captioned case. This motion is signed by Eric P. Jorgensen, a supporting member of the Bar of this Court, and it is supported by the accompanying Declaration of Michael C. LeVine. A proposed Order also is attached.

Dated this 30th day of August, 2006.

Respectfully submitted,

 /s/ Eric P. Jorgensen
Eric P. Jorgensen (D.C. Bar No. 88897)
Michael C. LeVine (Alaska Bar No. 0405032)
Katharine S. Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891
Email: ericj@earthjustice.org

Janis Searles (Alaska Bar No. 9606027)
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone: (503) 234-4552
Fax:    (503) 230-0903
Email:   jsearles@oceana.org

*Attorneys for Intervenor-Defendants Oceana and Alaska Marine Conservation Council*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, copies of the MOTION OF MICHAEL C. LEVINE FOR PERMISSION TO APPEAR AND PARTICIPATE *PRO HAC VICE*, DECLARATION OF MICHAEL C. LEVINE IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE*, and PROPOSED ORDER, were served electronically on:

**Michael Richard Eitel**
U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division
Ben Franklin Station,
P.O. Box 7369
Washington, DC 20044-7369
Michael.Eitel@usdoj.gov

**David Earl Frulla**
**Shaun Michael Gehan**
COLLIER SHANNON SCOTT, PLLC
3050 K Street, NW, Suite 400
Washington, DC 20007
dfrulla@kelleydrye.com
sgehan@kelleydrye.com

**Daniel Scott Blynn**
KELLEY DRYE & WARREN, LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
dblynn@kelleydrye.com


 */s/ Eric P. Jorgensen*
Eric P. Jorgensen