Eric P. Jorgensen
Michael C. LeVine
Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891

Janis Searles
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone:  (503) 234-4552
Fax:    (503) 230-0903

*Attorneys for Intervenor-Defendants Oceana and
Alaska Marine Conservation Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, )<br>)<br>Defendant, and )<br>)<br>OCEANA and ALASKA MARINE CONSERVATION COUNCIL, )<br>)<br>Intervenor-Defendants. ) | Case No. 1:06-CV-00835-JR |

**DECLARATION OF MICHAEL C. LEVINE IN SUPPORT OF
MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true

and correct:

1. My name is Michael C. LeVine.

2. My office address is: EARTHJUSTICE, 325 Fourth Street, Juneau, Alaska 99801. My office phone number is (907) 586-2751.

3. I am admitted to the state Bars in Alaska and California. My membership in the California Bar currently is on inactive status. I also have been admitted to practice before the U.S. District Court for the District of Alaska, the U.S. District Court for the District of Maryland, the U.S. Court of Appeals for the Eleventh Circuit.

4. I certify that I have never been disciplined by the Alaska Bar Association or any other Bar Association.

5. I have never been admitted *pro hac vice* in this Court in any other case.

6. I do not engage in practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar; nor do I have an application for membership pending in the District of Columbia Bar.

7. I seek *pro hac vice* status to represent Intervenor-Defendants Oceana and Alaska Marine Conservation Council in this matter.

Signed this 30th day of August, 2006, in Juneau, Alaska.

>Respectfully submitted,
>
>*/s/ Michael LeVine*
>
>Michael C. LeVine (Alaska Bar No. 0405032)
>EARTHJUSTICE
>325 Fourth Street
>Juneau, Alaska 99801
>Phone: (907) 586-2751
>Fax:    (907) 463-5891
>Email: mlevine@earthjustice.org
>
>*Attorney for Intervenor-Defendants Oceana and Alaska Marine Conservation Council*