IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, | ) Case No. 1:06-CV-00835-JR ) ) |
| Defendant, and | ) ) |
| OCEANA and ALASKA MARINE CONSERVATION COUNCIL, | ) ) ) |
| Intervenor-Defendants. | ) ) |

## [PROPOSED] ORDER

The Court has reviewed the motion of Michael C. LeVine to appear and participate *pro hac vice* and hereby GRANTS the motion.

SO ORDERED this _____ day of _____, 2006.

_____
JAMES ROBERTSON
United States District Judge