Eric P. Jorgensen
Michael C. LeVine
Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801
Phone: (907) 586-2751
Fax:    (907) 463-5891

Janis Searles
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone:  (503) 234-4552
Fax:    (503) 230-0903

*Attorneys for Intervenor-Defendants Oceana and*
*Alaska Marine Conservation Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, | ) Case No. 1:06-CV-00835-JR<br>)<br>) |
| Defendant, and | )<br>) |
| OCEANA and ALASKA MARINE CONSERVATION COUNCIL, | )<br>)<br>) |
| Intervenor-Defendants. | )<br>) |

**DECLARATION OF JANIS SEARLES IN SUPPORT OF
MOTION TO APPEAR AND PARTICIPATE *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true

and correct:

1. My name is Janis Searles.

2. My office address is: OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone: (503) 234-4552

3. I am admitted to and in Active status in the following Bar Associations: Alaska Bar Association (No. 9606027); Oregon State Bar (No. 95409).

4. I certify that I have never been disciplined by the Alaska Bar Association or any other state Bar Association.

5. I have never been admitted *pro hac vice* in this Court in any other case.

6. I do not engage in practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar; nor do I have an application for membership pending in the District of Columbia Bar.

7. I seek *pro hac vice* status to represent Intervenor-Defendants Oceana and Alaska Marine Conservation Council in this matter.

Signed this 30TH day of AUGUST, 2006, in Portland, Oregon.

Respectfully submitted,

*[signature]*

Janis Searles (Alaska Bar No. 9606027)
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202
Phone: (503) 234-4552
Fax: (503) 230-0903
Email: jsearles@oceana.org

*Attorney for Intervenor-Defendants Oceana and Alaska Marine Conservation Council*

*Legacy Fishing Company, et al. v. Gutierrez,*
1:06-cv-00835-JR

2