UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY; THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | Civ. No. 06-0835 (JR) <br><br> **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of Defendant's Cross-Motion for Summary Judgment, Plaintiffs' Motion for Summary Judgment, and the entire record of this case, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED and that this action is dismissed pursuant to Fed. R. Civ. P. 56(c).

DATED: _____, 2006

_____
Hon. James Robertson
UNITED STATES DISTRICT JUDGE

1

**Parties to be notified of entry of order**

Michael R. Eitel, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275

David Earl Frulla
Shaun Michael Gehan
COLLIER SHANNON SCOTT, PLLC
3050 K Street, NW
Suite 400
Washington, DC 20007
(202) 342-8400
(202) 342-8451 (fax)
dfrulla@kelleydrye.com

Daniel Scott Blynn
Kelley Drye & Warren LLP
3050 K Street, N.W.
Suite 400
Washington, DC 20007
(202) 342-8400
(202) 342-8451 (fax)
dblynn@kelleydrye.com

Eric Paul Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
(907) 586-2751
(907) 463-5891 (fax)
ericj@earthjustice.org