IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, | ) Case No. 1:06-CV-00835-JR ) ) |
| Defendant, and | ) ) |
| OCEANA and ALASKA MARINE CONSERVATION COUNCIL, | ) ) ) |
| Intervenor-Defendants. | ) |

**DECLARATION OF LUDGER DOCHTERMANN**

I, Ludger Dochtermann, hereby declare as follows:

1. I have lived in Kodiak, Alaska, since 1973. My mailing address is P.O. Box 714, Kodiak, Alaska 99615.

2. I am a current member of the Alaska Marine Conservation Council and Oceana.

3. The North Pacific Ocean has been my sole source of livelihood since I moved to Alaska. My first fish-related job was with the Wards Cove Packing Company at Alitak, Kodiak, where I processed salmon for three years. In 1974, I bought my first skiff and started fishing for halibut with my wife. The next year, I began working on bigger boats as a deck hand. These boats fished for salmon, halibut, and crab around Kodiak Island. Finally, in 1979, I bought my first boat, a 38-footer, and started commercially fishing for halibut, cod and crab. By 1985, I had extended my range to the Bering Sea, where I fished for halibut, cod and crab. I currently own

two fishing vessels, F/V *North Point* and F/V *Stormbird*, which I operate in both the Gulf of Alaska and Bering Sea. I fish for halibut, black cod, king crab, bairdi, opilio and tanner crab, and cod.

4. I depend on the resources in the North Pacific for my livelihood. Proper management of the aquatic ecosystem is vitally important to me. I am a fixed-gear fisherman. I have chosen to use these gear types because I find the adverse effects of net trawling unacceptable, and especially bottom trawling, on the benthic species, habitats, and the entire marine ecosystem.

5. Bottom trawling also results in massive bycatch of non-target and target species, including undersized halibut and crab. Part of this bycatch gets discarded at sea, while some of it is delivered to on-shore facilities along with the rest of the catch and then discarded. I have seen hundreds, thousands, of small halibut and salmon discarded upon a single delivery at the Kodiak fish plant.

6. The bycatch problem is especially grave in the Gulf of Alaska groundfish fisheries and the Bering Sea/Aleutian Islands factory trawl fisheries. Only seven to eight percent of the Gulf of Alaska groundfish fisheries have observer coverage, meaning that there is little knowledge of the actual discard rates in these fisheries. I have heard from numerous crew members that have worked on trawl vessels what happens when observers are not around: small halibut gets thrown overboard left and right to keep the self-reported discard rates down. While better data and observer coverage exist in the Bering Sea groundfish fisheries, hundreds of thousands of tons of fish and other marine organisms (600,000 tons of halibut alone) still get discarded annually by commercial fishing vessels there. As a result, I have seen drastic changes in halibut biomass and CPUE (catch-per-unit-effort) in the Bering Sea and Aleutian Islands.

Fish are harder to catch and they are smaller.  This is having a direct negative economic impact on me.  Like so many other fixed-gear fishermen, I still make payments for the fishing quota I have purchased.  My ability to continue to pay for this quota depends on healthy fish populations, including those that would be protected if Amendment 79 were implemented.  The current obscene waste associated with bycatch discards not only threatens our fisheries resources and the long-term health of the North Pacific Ocean ecosystem, but also my livelihood.

7. My concerns about bycatch and its effects on the North Pacific have prompted me to reach out to the fisheries managers responsible for day-to-day management of the groundfish fisheries.  Since June 2005, I have repeatedly submitted to the North Pacific Fishery Management Council (Council) a detailed proposal about obtaining realistic, baseline information about bycatch rates in the Gulf of Alaska groundfish fisheries.  Unfortunately, this proposal has repeatedly been rejected by the Council due to fears that it will interfere with the rationalization of the Gulf of Alaska groundfish fisheries.  I have also given a presentation at an International Halibut Commission (Commission) meeting regarding halibut bycatch rates in the North Pacific.  Contrary to a common belief, the halibut bycatch rates are currently going up, not down.  The fishermen that are part of the advisory committee for the Commission have now for years submitted letters to the Commission and the Council voicing concerns about bycatch in the North Pacific and, especially, by the factory trawlers in the Bering Sea.

8. I am planning to fish commercially in the North Pacific, including the Bering Sea/Aleutian Islands, for the rest of my life.  I depend on this region's marine resources for my livelihood.  It is vitally important to me that the National Marine Fisheries Service is allowed to curtail bycatch, including increasing observer coverage and ratcheting down bycatch caps, as set forward in the final rule implementing Amendment 79.  This will be a critical step in reducing

bycatch throughout the North Pacific fisheries. I am afraid that, without appropriate bycatch controls, we will irreversibly harm the long-term health of the ocean and its resources. If that happens, my ability to depend on the Bering Sea for my livelihood will be severely compromised.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: 8/28/06

By: _____
Ludger Dochtermann