IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant, and <br><br> OCEANA and ALASKA MARINE CONSERVATION COUNCIL, <br><br> Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06-CV-00835-JR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **[PROPOSED] ORDER**

The parties have filed cross-motions for summary judgment in this action. Based on the record in this case and the parties' submissions, it is hereby ORDERED this _____ day of _____, 2006, that Plaintiffs' Motion for Summary Judgment is DENIED and Intervenor-Defendants' Motion for Summary Judgment is GRANTED.

SO ORDERED this _____ day of _____, 2006.

_____
JAMES ROBERTSON
United States District Judge