IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:06-CV-00835-JR

**DECLARATION OF JIM AYERS OF OCEANA, INC.**

I, Jim Ayers hereby declare as follows:

1. I am Vice President, Pacific of Oceana, Inc., (Oceana). In this capacity, I supervise Oceana's activities related to the protection of marine ecosystems throughout the West Coast, including in Alaska. Oceana's members and staff rely on Oceana to represent their interests in the conservation and management of marine resources and ecosystems, including those in the Bering Sea/Aleutian Islands region of the North Pacific.

2. I currently work out of our Juneau, Alaska office. As Vice President, I direct my staff to analyze a variety of federal and state actions in and affecting the Bering Sea/Aleutian Islands and comment on their potential impacts on the marine environment, including on sensitive habitats, fish and other marine organisms, and the ecosystem as a whole. I work with our legal, policy, and scientific staff and with other organizations and interested entities to advance Oceana's goal of restoring, protecting, and conserving the health and abundance of the world's oceans and marine ecosystems through administrative actions and reform, scientific

research, public education, and the judicial process. In my capacity at Oceana, I am familiar with all aspects of Oceana's activities and organizational interests related to the North Pacific and the Bering Sea/Aleutian Islands region in particular.

3. Oceana is a non-profit organization based in Washington, D.C., with several regional offices, including one in Juneau, Alaska. Oceana has 300,000 members worldwide, including members who live in Alaska. Our members in Alaska include conservationists, commercial and recreational fishermen, subsistence harvesters, and other ocean enthusiasts.

4. Oceana has been actively involved in protecting the North Pacific ocean resources since opening its Alaska office in early 2002, including efforts to advance ecosystem-based management principles and practices in the North Pacific, protect sensitive cold-water corals and sponges and other Essential Fish Habitats from bottom trawling, reduce bycatch of target and non-target fish species, increase funding for observer coverage for commercial fishing vessels, increase protection for marine mammals and seabirds, reduce marine pollution, and increase shipping safety, as well as other initiatives to promote more sustainable fishing practices in the North Pacific. On these issues and others, we have been actively engaged in the North Pacific Fishery Management Council process. As part of its efforts to reduce waste and bycatch and to protect ocean resources in the North Pacific, including the Bering Sea/Aleutian Islands, Oceana has invested considerable organizational resources in actively monitoring and aggressively advocating for the conservation of this area. Oceana has a significant history of advocacy and involvement in marine conservation and management issues affecting the North Pacific, including the Bering Sea/Aleutian Islands. Our current involvement and interests in bycatch issues affecting this region fall squarely within our organizational interests and mission, and the interests of our members.

5.      Oceana has also invested substantial resources in ongoing research and public education regarding destructive and unsustainable fishery management practices in the North Pacific.  In various comments and public forums, Oceana has repeatedly highlighted the need for oceans reforms that include elimination of bottom trawling in sensitive habitats and unnecessary waste of ocean resources as a result of, for example, bycatch.  Oceana also maintains an active website, and publishes a quarterly newsletter and periodic reports and scientific papers through which we highlight to our members and the public issues and our concerns regarding the North Pacific ocean, including bycatch and other fisheries-related issues affecting the Bering Sea/Aleutian Islands.

6.      Oceana and its members use and enjoy the Bering Sea/Aleutian Islands ecosystem and its resources for various purposes, including commercial and recreational fishing, subsistence use, wildlife viewing, bird watching, and photography.  These uses depend on a thriving ecosystem and habitats that support healthy populations of fish, crabs, birds, and marine mammals.  The waste and environmental damage associated with non-selective fishing practices such as bottom trawling compromise these interests and have prompted Oceana and its members to pursue its current bycatch campaign.  This campaign is focused on reducing bycatch and waste, increasing on-board fishery observers, and gathering accurate data recording the actual amount and composition of catch of commercial fishing vessels, with the goal of implementing more sustainable fisheries management practices not just in the North Pacific Bering Sea/Aleutian Islands groundfish fishery, but also in other Alaskan, U.S., and world-wide fisheries.

7.      In 2002, Oceana petitioned the Department of Commerce to initiate a rulemaking to institute a program designed to count, cap, and control bycatch in the nation's fisheries,

including the North Pacific groundfish fisheries, as required by the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), the Endangered Species Act, the Marine Mammal Protection Act, and the Migratory Bird Treaty Act.  Also in 2002, Oceana published a report, "Oceans at Risk: Wasted Catch and the Destruction of Ocean Life," that described the status of bycatch measures in different regions, including the North Pacific, and included recommendations for more sustainable fishing by counting, capping, and controlling waste and bycatch.  Oceana and its staff invested significant resources in following up the petition and report and in 2003, NOAA Fisheries released a National Bycatch Strategy.  Also in 2003, Oceana released a report, "How much observer coverage is enough to adequately estimate bycatch?" analyzing the levels of observer coverage necessary to estimate total bycatch with enough accuracy and precision for management.  In 2005, the scientific journal Fish and Fisheries published a report commissioned by Oceana, "Wasted Fishery Resources: Discarded by-catch in the USA," which is the only comprehensive review of bycatch in United States fisheries.  Following the report, Oceana has continued working in several regions, including the North Pacific, to reduce waste and minimize bycatch.

  8. In the North Pacific in particular, Oceana staff served on the North Pacific Fishery Management Council's Improved Retention/Improved Utilization (IR/IU) Technical Committee, regularly attends North Pacific Fishery Management Council meetings and testifies about the need to reduce waste and minimize bycatch, and Oceana has submitted comments to the Council on the need not only for IR/IU implementation, but also for broader bycatch and waste minimization measures.  Oceana has also requested that the Council establish a Bycatch Committee, with a mandate to develop ecosystem-based conservation and management measures

*Legacy Fishing Company, et al. v. Gutierrez,*
1:06-cv-00835-JR

4
**Exhibit 1, Page 4 of 6**

aimed toward the reduction and eventual elimination of bycatch of all marine species. Finally, Oceana has submitted comments specifically on Amendment 79.

9. Overturning the National Marine Fisheries Service's (NMFS) final rule implementing Amendment 79 to the Bering Sea/Aleutian Islands Groundfish Fishery Management Plan (Amendment 79) would allow the continuation of wasteful and damaging fishing practices in the Bering Sea/Aleutian Islands marine ecosystem and thereby harm Oceana and its members' interests in the region. Overturning Amendment 79 would also prevent the implementation of increased monitoring provisions that would improve our knowledge about and understanding of the effects of fishing on the marine ecosystem, and thereby harm Oceana and its members' interests in the region.

10. In sum, Oceana has a strong organizational interest in the protection of the Bering Sea/Aleutian Islands marine ecosystem from destructive and unnecessary waste and bycatch. In advocating for these interests, Oceana represents itself and its members. Oceana members have visited and used the region for various purposes, including commercial and recreational fishing, and will continue to do so into the future. Oceana has individual members who fish for species that are caught by the vessels subject to the requirements of Amendment 79. Oceana members rely on Oceana to represent their interests with regard to protection for and advocacy on behalf of marine resources and habitats, including those that are affected by Amendment 79.

11. Failure to implement Amendment 79 would irreversibly harm Oceana and its members' use and enjoyment of the area and their ability to advocate for sustainable fishing practices both in Alaska and elsewhere. If the legal mandates relating to the management of bycatch are fully complied with and enforced, the amount of waste and bycatch would be

reduced in this region and Oceana and its members' interests in the affected marine resources and associated ecosystems would not be harmed.

12. Oceana and its members have an interest not just in the above-mentioned values of the Bering Sea/Aleutian Islands (fish, other marine organisms, health of the ecosystem) but also an interest in the rule of law, the expectation that federal agencies such as NMFS are able to comply with the substantive and procedural mandates of the MSA and the Administrative Procedure Act. Actions that undermine these mandates harm the interests of Oceana and its members. Amendment 79 will prevent such harm and protect Oceana and its members' interests.

Dated this 10th day of August 2006.

_____
Jim Ayers
Vice President, Pacific
OCEANA, INC.