IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06-CV-00835-JR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF DOROTHY CHILDERS
OF ALASKA MARINE CONSERVATION COUNCIL**

I, Dorothy Childers hereby declare as follows:

1. I am the Program Director of the Alaska Marine Conservation Council (AMCC). Prior to becoming Program Director, I was AMCC's Executive Director from 1995 to 2005. In my current position, I am responsible for overseeing AMCC's program, which encompasses conservation advocacy, research, and education. Accordingly, I am familiar with AMCC's mission and goals regarding the protection and conservation of Alaska's marine ecosystems.

2. AMCC is a regional non-profit organization, headquartered in Anchorage, Alaska, and organized in 1994 to operate exclusively for education, scientific, and charitable purposes relating to the marine environment in Alaska. AMCC has over 800 members, most of whom live in Alaska. These members include commercial and recreational fishermen, marine scientists, subsistence harvesters, small business owners, and coastal residents located throughout Alaska whose ways of life and livelihoods depend upon healthy marine ecosystems.

3.      AMCC promotes sustainable use of marine resources for the long-term benefit of Alaska's coastal communities. Among AMCC's guiding principles is the recognition that a healthy and diverse marine ecosystem has intrinsic value, and people are a part of and depend upon a healthy and diverse marine ecosystem and have responsibility for maintaining it. AMCC also stands for the principle that the utilization of resources in the marine ecosystem must be managed to prevent over-exploitation, destruction, and neglect of these resources and associated habitats.

4.      The North Pacific contains fish and shellfish populations that are nationally important for their cultural, commercial, recreational, scientific, and other values. This marine life and associated habitats both support and depend on a diverse and complex ecosystem that includes fish, seabirds, mammals, and other marine organisms. Bycatch of fish, shellfish and other sensitive species that form the living seafloor is one of AMCC's primary concerns associated with maintaining healthy fish populations and diverse marine habitats.

5.      AMCC has been very involved in the public processes focused on imposing bycatch limits in Alaska's groundfish fisheries. Prior to and since the 1995 reauthorization of Magnuson-Stevens Fishery Conservation and Management Act (MSA or Act), AMCC has testified before the North Pacific Fisheries Management Council (Council) on numerous occasions regarding bycatch issues. AMCC has focused on the need to expedite bycatch reductions in the Bering Sea/Aleutian Islands groundfish fishery due to high bycatch rates by trawl catcher/processors in this management area. AMCC has developed and submitted management proposals to establish incentives for more selective fishing practices and has advocated for measures that protect sites where high levels of bycatch are most likely to occur. AMCC also testified before the Council on the design of programs that would allocate bycatch to

individual vessels, and in opposition to the postponement of the implementation of the original Improved Retention/Improved Utilization program. In 2005, AMCC testified again before the Council on the need to adopt and implement Amendment 79 to the Bering Sea/Aleutian Islands Groundfish Fishery Management Plan.

6. AMCC has supported Amendment 79 as one approach to reduce bycatch by requiring bottom trawlers to retain an increasing portion of their overall catch. Were the National Marine Fisheries Service's (NMFS) final rule implementing Amendment 79 to be overturned, excessively wasteful and destructive fishing practices would be continued. Overturning the final rule implementing Amendment 79 also would prevent the implementation of increased monitoring provisions. Those monitoring provisions would improve the understanding of effects of fishing on the marine ecosystem and the effects of bycatch.

7. AMCC strives to educate its members and the public about bycatch issues. Every year, AMCC publishes a discard report, which provides information about the amounts and sources of marine species discarded in the various commercial groundfish fisheries in the North Pacific. The most recent report documents, according to the best information available to AMCC, the groundfish, crab, halibut, herring and salmon discards during calendar year 2004. AMCC's publications also include "Bycatch: Wasting Alaska's Future" (2nd edition) (September 2004). In addition, AMCC maintains an active web site that provides its members and the public current information relating to bycatch and other campaigns and distributes electronic newsletters and action alerts.

8. AMCC's members have direct cultural, economic, recreational, and scientific interests in healthy fisheries and marine ecosystems. Fish and other marine animals that are destroyed or otherwise harmed by bycatch are unavailable for the cultural, commercial,

recreational, scientific, and other uses of AMCC's members. AMCC has individual members who fish commercially in the Bering Sea for species, including groundfish, that are caught by bottom trawl vessels subject to requirements of Amendment 79. The economic interests of these members will be directly and irreversibly affected if Amendment 79 is not implemented.

9. AMCC and its members have an interest in restoring, protecting, and conserving the whole marine ecosystem. Members are compelled by a stewardship responsibility to promote selective fishing practices that minimize the waste of living marine resources. As a result, AMCC and its members seek to promote management measures that are likely to result in more selective fishing practices and, thereby, minimize bycatch through improved avoidance of unwanted species. Fish that are avoided are available to other fishermen targeting them and to the marine ecosystem.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of August, 2006

_____
Dorothy Childers
Program Director
ALASKA MARINE CONSERVATION COUNCIL