IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br>Defendant, and <br><br>OCEANA and ALASKA MARINE CONSERVATION COUNCIL, <br><br>Intervenor-Defendants. | Case No. 1:06-CV-00835-JR |

**DECLARATION OF WALTER F. SARGENT**

I, Walter Sargent, hereby declare as follows:

1. I am a life-long resident of Kodiak, Alaska. My current address is 1830 Mission Road, Kodiak, AK 99615.

2. I am a member in good standing of Alaska Marine Conservation Council (AMCC) and I have been a member since 1999. I currently also serve on the Board of Directors for AMCC.

3. My family has fished commercially in the North Pacific waters for nearly 140 years. My great grandfather sailed to Alaska in 1867. He settled on Kodiak Island, where he and his family fished for cod and salmon. They were also involved in fish processing, which at the time involved canning and salting.

**Exhibit 4, Page 1 of 4**

4.    I first started working on a company-owned boat in 1952. However, I did not get my first paycheck until 1954, when we started fishing for salmon around Kodiak Island. In the late 1950s, we also fished for king crab. Over the years, we expanded into fishing for shrimp, herring, Pacific cod, and Dungeness and tanner crabs.

5.    My first commercial fishing trip to the Bering Sea/Aleutians Islands region took place in 1971. This region quickly became a permanent part of my fishing range. There, I have fished for king crab, halibut, black cod, and Pacific cod using fixed gear.

6.    I currently own two boats, the F/V *Major* and the F/V *Lady Lu*, both based out of Kodiak. The F/V *Major* is a 58-foot Alaska purse seiner that currently is used for cod fishing and crabbing and long-lining for halibut and black cod, in both the Gulf of Alaska and Bering Sea/Aleutian Islands. While someone else currently skippers the F/V Major, I still get out to fish on it, too. For example, in January this year, I fished for Pacific cod in Kodiak. I also participated in the Kodiak salmon fishery in June and July, tendering for setnetters and seiners. I intend to continue fishing on the F/V *Major* in this and future years.

7.    The F/V *Lady Lu* is a 45-foot seiner that I have mostly used for salmon and crab fishing. I have now retired the *Lady Lu* from commercial operations but still use it to fish salmon and halibut around Kodiak Island for recreational and subsistence purposes. A big part of my recreational and subsistence fishing involves sharing the harvest with my friends and family that do not have the means or time to fish for themselves.

8.    Over the years, I have seen a significant reduction in halibut biomass in the Bering Sea/Aleutian Islands. I have watched as the halibut TAC has been reduced by one-third. The decline in halibut biomass may be due to bycatch and discards of halibut in the groundfish trawl fisheries. Contrary to the fixed gear types, bottom trawl gear is associated with high

bycatch rates as well as damage to bottom habitats. Large portion of the North Pacific trawl vessels do not currently have observer coverage. Without observers, enforcement of any bycatch caps and retention standards is impossible and prohibited species, including halibut, end up back in the sea, dead and dying. I have heard story after story to this effect from crewmen that have worked on trawl vessels. I also witnessed halibut bycatch first hand when I tried shrimp fishing for a short while in the late 1970's.

     9.     Commercial fishing is critically important for my family and me. It is my livelihood and sole source of income. It is also a family tradition and a way of life: generations of my family have depended on, and invested in, fishing the North Pacific Ocean, including the Bering Sea/Aleutian Islands. For this, my family and I depend on healthy fish stocks, and the ocean habitats and ecosystem that support these fish. As stewards of the environment, I believe that it is our responsibility to pass the ocean and its resources onto the next generation in the same or better shape than they were when we inherited them. This is what sustainable yield means. Dragging and throwing fish away runs counter to my conservation ethics and my principles about sustainability.

     10.     I intend to fish for halibut, salmon, and crab and cod in the North Pacific, including in the Bering Sea/Aleutian Islands, for as long as I live. It is also my wish that our family tradition of fishing in these waters will live on for generations. For this to happen, however, we need to manage our groundfish fisheries effectively. I think it is essential to stop overfishing and to implement Amendment 79 and other responsible fishing measures aimed at reducing bycatch and increasing retention in both the Gulf of Alaska and Bering Sea/Aleutian Islands. Without these measures, our fish resources, the health of the ocean, and my livelihood are in jeopardy. For example, if the halibut TACs continue to go down in the Bering

Sea/Aleutian Islands, I might be forced to sell. It simply will not pay to drive all that distance for little or nothing. Lower quotas may also adversely affect the rest of my family, including my grandson, who is a commercial and recreational fisherman based out of Kodiak and is currently fishing halibut and black cod out of Dutch Harbor, in the Aleutian Islands. In addition to direct economic harm, continued bycatch and other mismanagement of our ocean resources in the North Pacific will harm me also in less tangible ways. I feel I will lose an important family tradition and the joy of being able to fish.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: 8/31/06               By: _____
                                  Walter F. Sargent