IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant, and <br><br> OCEANA and ALASKA MARINE CONSERVATION COUNCIL, <br><br> Intervenor-Defendants. | Case No. 1:06-CV-00835-JR |

**DECLARATION OF PETER VAN TUYN**

I, Peter Van Tuyn, pursuant to the provisions of 28 U.S.C. § 1746, do hereby declare as follows:

1. I live in Anchorage, Alaska. My address is 11240 Stroganof Drive, Anchorage, AK 99507. I first moved to Alaska in 1989 and have lived here continuously since 1992.

2. I am a founding Board Director and current member of the Alaska Marine Conservation Council (AMCC). AMCC is a non-profit public interest organization composed of people throughout Alaska working to protect the health and diversity of the marine ecosystem. One of AMCC's fundamental principles is that people are part of that ecosystem.

3. I am a member of Oceana, and was a member of American Oceans Campaign before it merged with Oceana. Oceana works to protect the world's oceans from the harmful effects of fishing.

4. I am an active participant in federal fisheries management, including efforts to reduce bycatch. As an attorney, I have worked on marine fisheries issues since 1990, starting in this work as a trial attorney with the U.S. Department of Justice, Environment Division, Wildlife and Marine Resources Section, where I defended the National Marine Fisheries Service in litigation related to federal fisheries management. In 1992, I moved back to Alaska and began working with Trustees for Alaska, a non-profit public interest environmental law firm, where I also worked on federal fisheries management issues. These issues included efforts in Congress through the 1996 reauthorization of the Magnuson Fishery Conservation and Management Act to increase the regulation of bycatch. These successful efforts were followed by efforts in the federal executive branch to help implement these new bycatch provisions, as well as efforts in federal court to challenge executive branch action that was not in line with the congressional mandate to reduce bycatch, and minimize its mortality where it cannot be avoided.

5. My concern about the state of the oceans off of Alaska, and the harmful effects of fishing on those oceans, also led me to become involved as a founder and member of marine conservation organizations such as AMCC and Oceana.

6. I have traveled extensively by boat, air, and on foot on the north and south sides of the Aleutian Peninsula and Islands as far east as King Cove and as far west as Unalaska.

7. I have been a part-time commercial fisherman since 1994. In the fall of 1994, I fished out of False Pass, Alaska, in the North Pacific halibut long line fishery. We fished in Ikatan Bay, on the south side of the Aleutian Islands just south of Isanotski Strait and the Village

of False Pass. Since that time I have fished in either the North Pacific halibut long line fishery, or Area M salmon set or drift net fisheries at some point during the summer or fall in most years from then until the present. These fishing activities have taken me both north and south of the Aleutian Peninsula and Islands, and as far east as King Cove and as far west as Unalaska.

8. I intend to continue commercial fishing in these fisheries into the future.

9. I also have fished for sustenance and recreation in this general area of the North Pacific, primarily for halibut and salmon, as well as cod, crab, and octopus. I intend to continue to fish for sustenance and recreation in this general area of the North Pacific.

10. I also use this general area of the North Pacific, including the Peninsula, Unimak Island, and other islands in the Aleutian Chain, for recreation such as boating, hiking, and beach combing. I also gather berries and mushrooms in these areas for pleasure and food. I intend to continue all of these activities into the future.

11. I believe it is an important part of being an active and engaged human being to experience life's cycles consciously from beginning to end, and to try to minimize the impact of human existence on the earth so that human and other life may be sustained on this planet for the generations to follow. Part of my personal responsibility for gaining this understanding – which I consider an environmental ethic – is fulfilled through increasing my understanding of the sources and life cycles of the food that I eat. In doing so, I gain a more complete understanding of the ecosystems of which that food is a part, and I can thus better understand how my actions impact that ecosystem. In turn, I can use this information to consciously judge and adjust my impact on the ecosystem of which I am a part.

12. On many occasions over the years from 1994 to the present, my family has joined me for some part of my trips to the Aleutians. Starting with my wife, and continuing through the

birth and lives of my two children, we have stayed at a remote homestead that is located on an inholding of private land in the Alaska Maritime National Wildlife Refuge, Aleutian Islands. While in the Aleutians, we spend time as a family and with friends gathering fish and other foods for immediate consumption, and for use during the rest of the year. This "fish camp" experience is critical in my view to my ability to fulfill my responsibly as a parent to teach my children of the environmental ethic that should be one guide for all that we do.

       13.     In addition to the ethical reasons and parental responsibility described above, I undertake these activities for other reasons. I make money through my commercial fishing activities. The highly productive and diverse ecosystem of this region is fascinating to experience both as a consumptive (commercial, sustenance, recreational fishing, and berry and mushroom picking) and non-consumptive user. All of the activities described above take me to incredibly beautiful places in the Bering Sea/Aleutian Island region, and thus it is aesthetically pleasing to go there. These places are also quite wild, and far from the trappings of modern civilization. Consequently, working in and visiting them offers a wilderness experience which also keeps me in better touch with the world around me, and helps keep my place within that world in its proper perspective. Finally, visiting the coastal communities in the Aleutians region is also a valued experience for me and my family, given the close relationship that these communities have with the marine environment from a cultural, subsistence, and economic perspective.

       14.     If the North Pacific ecosystem becomes less productive as a result of non-sustainable fishing practices my participation in and enjoyment of these activities will diminish considerably. For example, bycatch in North Pacific fisheries threatens the viability of that ecosystem, and reducing it is important to prevent long-term damage to that ecosystem.

Wasteful fishing practices also are detrimental to the manner in which I view the ecosystem and my role in it.

More effective management of North Pacific resources will help ensure that the fisheries sustain my commercial and other uses. Similarly, reductions in wasteful fishing practices ensure that fisheries resources are being utilized effectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/31/, 2006.                         By: _____
                                                              Peter Van Tuyn