UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0835 (JR) |
| CARLOS GUTIERREZ, Secretary of Commerce, | : |
| Defendant. | : |

### ORDER

Upon consideration of intervenor defendants' motions for the *pro hac vice* appearances of Michael C. LeVine [24] and Janis Searles [25], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


JAMES ROBERTSON
United States District Judge