# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **LEGACY FISHING COMPANY,** *et al.* | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| **v.** | ) No. 1:06CV00835 JR |
|  | ) |
| **THE HONORABLE CARLOS GUTIERREZ,** | ) |
|  | ) |
| **Defendant.** | ) |

_____)

## MOTION TO AMEND THE SCHEDULING ORDER AND
## EXTEND TIME TO FILE BRIEFS

For the reasons explained below, Plaintiffs Legacy Fishing Company and The Fishing Company of Alaska, Inc. respectful request and move that this Court extend the time it has to file their brief in opposition to the Defendant's and Defendant-Intervenors' Cross-Motions for Summary and amend the briefing schedule to reflect the schedule below. Plaintiffs have consulted with counsel for Defendants and Defendant-Intervenors, who support this Motion with the provision that the adjustment to the briefing schedule outlined below is made.

Plaintiffs' reluctantly make this request on the basis that, subsequent to the last motion for an alteration in the briefing schedule, the father of Plaintiffs' lead attorney, Mr. David Frulla, was scheduled for, and did have, extensive surgery to treat cancer on Monday, September 11, 2006. As a result, Mr. Frulla will be out of the office all week and has very little access to technology during this period. This has impaired counsel's ability to devote the time and attention to the reply brief that otherwise was scheduled to be filed on Friday, September 15, 2006.

Under the modified schedule, dispositive motions shall be briefed and filed pursuant to the following schedule:

- September 19, 2006. Plaintiffs reply in opposition to Defendants' and Defendant-Intervenors' cross-motions for summary judgment.

- October 4, 2006. Defendant's and Defendant-Intervenors' reply in support of its cross-motion for summary judgment due.

- October 5, 2006. Parties file Joint Appendix with cited excerpts of the Administrative Record.

The parties recognize the Court's consideration in setting the case down for oral argument on October 24, 2006, and the parties desire to adhere to that schedule.

September 13, 2006                          Respectfully submitted,


                                    _____/s/_____
                                    David E. Frulla
                                    D.C. Bar No. 414170
                                    Shaun M. Gehan
                                    D.C. Bar No. 483720
                                    Daniel S. Blynn
                                    D.C. Bar No. 488934
                                    Kelley Drye & Warren LLP
                                    3050 K Street, N.W. – Suite 400
                                    Washington, D.C.  20007
                                    Telephone:  (202) 342-8400

                                    **Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
LEGACY FISHING COMPANY, *et al.*                )
                                                )
        Plaintiffs,                             )
                                                )
v.                                              )  **No.  1:06CV00835 JR**
                                                )
THE HONORABLE CARLOS GUTIERREZ,                 )
                                                )
        Defendant.                              )
_____)


**[PROPOSED] ORDER GRANTING JOINT MOTION AMEND THE**
**SCHEDULING ORDER AND EXTEND TIME TO FILE BRIEFS**


        The Court, having considered the parties' joint motion, the Court HEREBY GRANTS

their Joint Motion to Amend the Scheduling Order and Extend Time to File Briefs.


Dated: _____          _____
                                 Hon. James Robertson
                                 United States District Court Judge