# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC.<br>    Plaintiffs,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>    Defendant. | Civil Action No. 1:06CV00835(JR) |

## DECLARATION OF KAREN R. HARNED

I, Karen R. Harned, state as follows:

1. I make this Declaration based on my personal knowledge.

2. I am Executive Director of the National Federation of Independent Business ("NFIB") Legal Foundation. I have held this position since 2002.

3. NFIB established the Legal Foundation in 2000 to help ensure that federal agencies comply with the law in their treatment of small business. One of the NFIB Legal Foundation's specific concerns is agency compliance with the Regulatory Flexibility Act ("RFA").

4. In the past six years, the NFIB Legal Foundation has brought three actions challenging violations of the RFA by federal agencies. NFIB has prevailed in one, *National Association of Home Builders v. U.S. Army Corps of Engineers*, 417 F.3d 1272 (D.C. Cir. 2005).

5. NFIB and the NFIB Legal Foundation have submitted comments to agencies on over twenty rules regarding the RFA.

6. NFIB Legal Foundation also works closely with the Small Business Administration's Office of Advocacy to ensure agency RFA compliance is monitored and enforced.

7. For its part, NFIB is the nation's oldest and largest non-profit national organization dedicated to representing the interests of small business-owners throughout all 50 states. Its members own a wide variety of America's small businesses, from mom-and-pop grocery stores to construction firms to fishing vessels.

8. NFIB's national membership consists of independently owned and operated businesses that are not dominant in their field of operations. The majority of NFIB members have five employees, gross sales of approximately $350,000 per year, and net profits of $40,000 to $50,000 annually.

9. A number of small-business owners are fisherman who will be negatively impacted by the National Marine Fisheries Service's ("NMFS") failure to follow the RFA's procedures, which has resulted in the issuance of a final rule without any consideration of the rule's impact on small entities and less burdensome regulatory alternatives.

10. NFIB has a legal interest in ensuring that NMFS complies with the regulatory processes mandated by the RFA – processes which Congress put in place for the benefit and protection of small businesses.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the statements above are true and correct.

Dated: September 14, 2006

_____
Karen R. Harned