IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY and THE FISHING COMPANY OF ALASKA, INC.<br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE CARLOS GUTIERREZ,<br>Defendant. | Civil Action No. 1:06CV00835(JR) |

## PROPOSED ORDER

Proposed *Amicus Curiae* National Federation of Independent Business Legal Foundation has sought leave for permission to participate in this action as an *amicus curiae* in support of Plaintiffs' Fifth Cause of Action alleging the Federal Defendant violated the Regulatory Flexibility Act, 5 U.S.C. §§ 601-612 ("RFA"). Proposed *Amicus* further seeks leave of Court to file the Memorandum of Points and Authorities Supporting Plaintiffs' Motion for Summary Judgment Regarding Their RFA Cause of Action attached to this Motion for Leave to Participate. Proposed *Amicus* has demonstrated an interest in, and has sought to participate only as to, Plaintiffs' Fifth Cause of Action, alleging violations of the RFA.

Based on the record in this case and the Party's submissions, the National Federation of Independent Business Legal Foundation's Motion is GRANTED. It is hereby ORDERED this ___ day of _____, 2006,

That the National Federation of Independent Business Legal Foundation shall be and is permitted to participate in this matter as *amicus curiae* as to Plaintiffs' RFA-based Fifth Cause of Action, and

That the National Federation of Independent Business Legal Foundation's Memorandum of Points Supporting Plaintiffs' Motion for Summary Judgment Regarding Their RFA Cause of Action shall be and is deemed filed as part of the record in this matter.

Dated: _____    _____
                                                              Hon. James Robertson
                                                              United States District Judge

Copies to:

Frank J. Eisenhart
DECHERT LLP
1775 I Street, N.W.
Washington, DC 20006

David E. Frulla
Shaun M. Gehan
Dan Blynn
KELLEY DRYE & WARREN LLP
3050 K Street, N.W. – Suite 400
Washington, D.C. 20007

Michael R. Eitel
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Eric P. Jorgensen
Michael C. LeVine
Katharine S. Glover
EARTHJUSTICE
325 Fourth Street
Juneau, Alaska 99801

Janis Searles
OCEANA
4189 SE Division Street, North Suite
Portland, Oregon 97202