UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY; THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | Civ. No. 06-0835 (JR) <br><br> **NOTICE OF FILING JOINT APPENDIX OF ADMINISTRATIVE RECORD DOCUMENTS CITED BY THE PARTIES IN THEIR SUMMARY JUDGMENT MEMORANDA** |

Notice is hereby provided to the Court and the parties that, on October 5, 2006, Federal Defendant filed with this Court a Joint Appendix containing hard copies of all administrative record documents cited by the parties in their summary judgment memoranda. The Joint Appendix is being filed pursuant to the parties' joint proposed case management plan at ¶ 2.C. [Docket No. 10], subsequently approved by the Court on May 25, 2006 [Docket No. 11]. Pursuant to Local Civil Rule 5.4(e)(1)(A), the Joint Appendix will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages.

Instead, Federal Defendant file with the Court today two (2) binders containing the Joint Appendix. An Index for the Joint Appendix is attached hereto as Exhibit A. Further, one additional copy of the Joint Appendix (consisting of two binders) will also be filed with the Court for the Court's convenience.

Dated: October 5, 2006        Respectfully Submitted,

SUE ELLEN WOOLDRIDGE, Asst. Attorney General

JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Asst. Section Chief

      */s/ Michael R. Eitel*
MICHAEL R. EITEL,
Trial Attorney (SBN 22889 (Neb.))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275
Email: Michael.Eitel@usdoj.gov

Attorneys for Federal Defendant