**INDEX TO THE JOINT APPENDIX**
<u>Legacy Fishing Company, et al. v. Gutierrez</u>, 06-0835-JR (D.D.C.)

| Administrative Record Excerpts | Description |
|---|---|
| AR 11 | 70 FR 32287, Notice of Availability, Submission of Amendment 79; comments requested |
| AR 12 | 70 FR 35054, Proposed Rule to Implement Amendment 79; comments requested |
| AR 13 | 71 FR 17362, Final Rule to implement the GRS in Amendment 79 |
| AR 14-a at 1 | IR/IU Committee Meeting November 26 |
| AR 17-02 | Letter to Garland Walker and Jeff Passer from NPFMC,11-13-02, re. NPFMC comments to Amd C monitoring and enforcement |
| AR 17-03 at 2 | Draft Minutes IR/IU Committee 11-26-02 |
| AR 19-a at 38-40 | Minutes of the NPFMC December meeting with Table of Contents (TOC) and appendix 1-10 |
| AR 21 at 1, 8 | Improved Retention and Utilization (IR/IU) for flatfish, Agenda Item C-6 |
| AR 22-a at 41-43 | Minutes for the January/February NPFMC meeting |
| AR 26-a at 60 | Minutes of the NPFMC March/April 2003 meeting |
| AR 27-06 at 9, 10, 11, 13, 16, 32, 33, 34, 35, 36 | March 2003 NPFMC Review draft EA/RIR/IRFA |
| AR 30 | IR/IU and related amendments, Agenda item C-5 |
| AR 30-01 | EA/RIR/IRFA for Amendment 79 Minimum GRS IR/IU Trailing Amendment C Public Review Draft 05-20-03 |
| AR 30-02 | Summary of Council Actions on IR/IU Trailing Amendments A, C, and D, April of 2003 |
| AR 30-03 | 05-29-03 letter to David Benton, re. partial approval of amendment |
| AR 30-04 | Discussion of Analytical Issues and Potential Changes in the Specification of Alternatives for Amendment A |
| AR 30-05 | Council Actions on IR/IU Trailing Amendments A,C, and D at the April 2003 meeting |

| AR 30-06 | 06-03-03 letters from interested parties |
|---|---|
| AR 30-a at 21, 22, 42, 125 | Minutes of the NPFMCs June Meeting |
| AR 34 at 1-3 | NPFMC IR/IU Technical Committee Report discussing issues stemming from June 2003 meeting |
| AR 35 | IR/IU and related amendments, Agenda item C-4 |
| AR 35-01 | 08/2003 IR/IU Technical Committee Report |
| AR 35-02 | Appendix A- Components and Options for Amendment 80.a |
| AR 35-03 | Sector Allocations Calculated using TAC as Denominator |
| AR 35-04 | PSC Allocations |
| AR35-05 | 10-01-03 letters from Gerry Merrigan, Prowler Fisheries, INC, and Ed Luttrell, Groundfish Forum |
| AR 37 | Comment on IR/IU Amendment 79, Groundfish Retention Standard |
| AR 41 | IR/IU and related amendments, Agenda C-3 for December 2003 meeting |
| AR 43 | Draft Agenda for December 10-16, 2003 meeting and draft schedule |
| AR 44 | Minutes of the NPFMC December meeting |
| AR 45 | News and Notes for December's NPFMC meeting |
| AR 47 | IR/IU and related amendments, Agenda C-3 and Supplemental |
| AR 49-a at 4-7 | Letter to Stephanie Madsen, NPFMC, from Kevin C. Duffy, DFG, re. Amendment 79 letter to council |
| AR 50 | News and Notes for the February NPFMC meeting |
| AR 51 at 27, 33-34 | IR/IU; Agenda item C-6, April 2004; Agenda C-6 Supplemental April 2004 |
| AR 52 at 37 | Minutes of the NPFMC March/April meeting |
| AR 54 at 1 | News and Notes for the April NPFMC meeting |
| AR 56 at 11 | IR/IU, Agenda C-6, June 2004; Agenda C6 Supplemental |
| AR 62 at 41-45, 55-57 | IR/IU, Agenda C-5; Agenda C5 Supplemental December 2004 |
| AR 66 | Begin Formal Secretarial review on Amendment 79 |
| AR 66-01 | FMP Amendment text |
| AR 66-02 | Draft Proposed Rulemaking |
| AR 66-03 | EA/RIR |

| AR 66-04 | NOA of FMP Amendment |
|---|---|
| AR 66-c | Proposed Rule To Implement Amendment 79 |
| AR 66-f | Fishery Management Plan for the Groundfish of the Bering Sea and Aleutian Islands Management Area |
| AR 70 | Enforcement comment on IR/IU Trailing Amendment C (GRS) |
| AR 71 at 7-8 | Briefing for the NPFMCs June 2003 Meeting |
| AR 72 | Improved Retention/Improved Utilization (IR/IU) |
| AR 75 at 8 | Briefing for the NPFMCs October 2003 Meeting |
| AR 77 at 4 | NPFMC Meeting |
| AR 79 | Status report on approval issues relevant to Amendment 79 |
| AR 80 at 3-4 | Briefing for the NPFMCs December 2003 Meeting |
| AR 81 | NPFMC Meeting |
| AR 82 | Briefing for the NPFMCs February 2004 Meeting |
| AR 83 at 3 | NPFMC Meeting |
| AR 84 | Review and Clearance of an EA/RIR/IRFA for Amendment 79 to the FMP for Groundfish of the BSAI, Minimum GRS (IR/IU Trailing Amendment C) |
| AR 85 at 4 | Memorandum for the NPFMCs April Meeting |
| AR 86 at 4 | Memorandum for the NPFMCs June Meeting |
| AR 87 at 6 | Briefing for the NPFMCs December Meeting |
| AR 88 | December status report on Amendment 79 |
| AR 92 | Draft, A Discussion of Observer Program Comments on Amendment 79 |
| AR 94 at 2 | Issues Advisory, Clearance of a Proposed Rule to Implement Amendment 79 to the FMP for Groundfish in the BSAI |
| AR 96 at 2 | Briefing for the NPFMCs June Meeting |
| AR 97 | Draft regulations added to Amendment 79 that would change the FMP by adding a minimum GRS for all non-pollock groundfish fisheries |
| AR 97-02 | EA/RIR/IRFA |
| AR 97-03 | NOA |
| AR 97-04 | Draft Proposed Rule |
| AR 98-04 at 130 | May 24 Draft for Review EA/RIR/IRFA |

| | |
|---|---|
| AR 106 | Approval of Amendment 79 to the FMP for Groundfish of the BSAI |
| AR 106-02 | 08-22-05 EA |
| AR 108 | NMFS Approval of Amendment 79 |
| AR 109-a-01 | USCG comments |
| AR 110 | Issues Advisory, Final Rule to Implement a GRS Program |
| AR 110-a | Comments on proposed mixing of hauls response & vessel stability, re Amendment 79 |
| AR 111-01 | Amendment language text |
| AR 111-03 at 1 | 03-13-06 FONSI |
| AR 111-04 | 12/2005 Final EA with 03-16-06 transmittal letter to All Interested Parties |
| AR 112 at 1-2 | Supplemental Decision, Approval of Final Rule to Implement a Groundfish Retention Standard Program |
| AR 116 | Transcript of IR/IU Issues, Agenda Item C-5, June 17-18, 2003 tape 85 |
| AR 117 | Transcript of IR/IU Amendment C Groundfish Retention Standards, June 18, 2003 |
| AR 118 | Transcript of Amendment 79 under B-2 NMFS Report |
| AR 127a at 19, 20 | Audio Tapes with limited transcripts |
| AR 129 | NOA Public Comment # 2: Karen Pletnikof (APIA) |
| AR 130 | NOA Public Comment # 3: Jim Ayers (Oceana) |
| AR 150 | NOA Public Comment # 23: Shaun M. Gehan (Collier Shannon Scott, PLLC) |
| AR 152 | PR Public Comment # 2: M.M. Rosecrans (USCG) |
| AR 153 at 2 | PR Public Comment # 3: David Wood (U.S. Seafoods, LLC) |
| AR 164 | PR Public Comment # 14: Jennifer A. Smith (Office of Advocacy, SBA) |
| AR 165 at 3-6, 8-10 | PR Public Comment # 15: McKie Campbell Commission (ADF&G) |
| AR 167 | PR Public Comment # 17: Mike Szymanski (FCA) |
| AR 168 | PR Public Comment # 18: Michael W. Letourneau (EPA) |
| AR 169 | PR Public Comment # 19: Chris Oliver (NPFMC) |