UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LEGACY FISHING COMPANY,** *et al.* | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) No. 1:06CV00835 JR <br> ) |
| **THE HONORABLE CARLOS GUTIERREZ,** | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE TO THE COURT

In their Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Expedited Consideration and Resolution, Plaintiffs noted that the rule at issue is slated to go into effect on January 1, 2008. Pl.'s Mem. at 2 (May 24, 2006), Docket # 9. That Motion was predicated on the Plaintiffs' need to schedule time at appropriate shipyards in order to come into compliance with certain requirements of Amendment 79 to the Fishery Management Plan for the Groundfish Fishery of the Bering Sea/Aleutian Islands Management Area. Specifically, Plaintiffs' Memorandum stated:

> It is vital that the Court resolve this matter as soon as possible. As mentioned above, compliance with Amendment 79 will entail the purchase and installation of certain equipment, alterations to the physical lay-out of Plaintiffs' vessels and physical plants, and numerous operational changes. The present motion concerns the former requirements because, in order to comply, Plaintiffs and other regulated vessel owners will have to place firm orders for the equipment and schedule shipyard time for the installation, vessel retrofitting, and plant alterations described above. There also is significant and costly engineering and design work which must precede the actual shipyard work.
>
> In order to minimize the disruption of Plaintiffs' fishing operations (and thus reduce the regulatory compliance costs), there are only limited

> periods during a year when, between fishing seasons, their vessels can be taken out to service for retrofitting and repairs necessitated by Amendment 79. Both Legacy and FCA, each of which conducts substantially different types of fishing operations, *see* Compl. ¶¶ 16-19, customarily have an annual lull in fishing opportunities in November during which they conduct routine vessel maintenance. FCA, with its fleet of six vessels, occasionally has an additional period in which such work can be undertaken in late May or early June, depending on fishing conditions.

*Id.* at 6.

Plaintiffs respectfully inform the Court that based on experience and discussions with both their operations managers and local shipyards, they believe that in order to be assured of procuring shipyard time during either such period in 2007, they will have to make such arrangements by March 31, 2007. Plaintiffs appreciate the Court's consideration as to this important issue.

Dated: February 26, 2007				Respectfully submitted,

						_____/s/_____
						David E. Frulla
						D.C. Bar No. 414170
						Shaun M. Gehan
						D.C. Bar No. 483720
						Daniel S. Blynn
						D.C. Bar No. 488934
						Kelley Drye & Warren LLP
						3050 K Street, N.W. – Suite 400
						Washington, D.C. 20007
						Telephone: (202) 342-8400