## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|     v. | : Civil Action No. 06-0835 (JR) |
| | : |
| CARLOS GUTIERREZ, Secretary of Commerce, | : |
| | : |
|     Defendant. | : |

### ORDER

For the reasons set forth in the accompanying memorandum, defendants' motions for summary judgment [26 and 29] are **granted**.  It is **SO ORDERED**.


                                          JAMES ROBERTSON
                              United States District Judge