UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEGACY FISHING COMPANY, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HONORABLE CARLOS GUTIERREZ, )<br>)<br>Defendant. )<br>) | No. 1:06CV00835 JR |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-captioned case, Legacy Fishing Company and The Fishing Company of Alaska, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on March 20, 2007 (Docket No. 41) (granting Defendant's motion for summary judgment).

Dated: May 2, 2007

Respectfully submitted,

David E. Frulla
D.C. Bar No. 414170
Shaun M. Gehan
D.C. Bar No. 483720
Daniel S. Blynn
D.C. Bar No. 488934
Kelley Drye & Warren LLP
3050 K Street, N.W. – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 2nd day of May, 2007, a copy of the foregoing Notice of Appeal was served via first-class mail on:

>Michael R. Eitel
>Trial Attorney
>U.S. Department of Justice
>Wildlife & Marine Resources Section
>Ben Franklin Station, P.O. Box 7369
>Washington, DC 20044
>
>Eric P. Jorgensen
>EARTHJUSTICE
>325 Fourth Street
>Juneau, AK 99801
>
>Janis Searles
>Oceana
>4189 SE Division Street, North Suite
>Portland, OR 97202

_____
Daniel S. Blynn