UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGACY FISHING COMPANY; THE FISHING COMPANY OF ALASKA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce, <br><br> Defendant. | Civ. No. 06-0835 (JR) <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STAY JUDGMENT PENDING APPEAL** |

Upon consideration of Plaintiffs' motion for stay or injunctive relief pending appeal and the oppositions and replies thereto, it is hereby ORDERED that the motion for stay or injunctive relief be DENIED. Injunctive relief pending appeal is not available in cases arising under the Magnuson-Stevens Fishery Conservation and Management Act, 16 U.S.C. §§ 1801-1883. See 16 U.S.C. § 1855(f)(1)(A). Even were interim injunctive relief available, Plaintiffs have not satisfied the stringent standards required for an injunction pending appeal. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir.1977).

DATED: _____, 2006

_____
UNITED STATES DISTRICT JUDGE

1

**PARTIES TO BE NOTIFIED OF ENTRY OF ORDER**:

Michael R. Eitel, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0339/ Fax: (202) 305-0275

Daniel Scott Blynn
Kelley Drye & Warren LLP
3050 K Street, N.W.
Suite 400
Washington, DC 20007
(202) 342-8400
(202) 342-8451 (fax)
dblynn@kelleydrye.com

Janis Searles
OCEANA
1489 SE Division
North Suite
Portland, OR 97202
(503) 234-4552
Fax: (503) 230-0903

Frank J. Eisenhart
DECHERT LLP
1775 I Street, NW
Washington, DC 20006-2402
(202) 261-3306
Fax: (202) 261-3333
Email: frank.eisenhart@dechert.com

David Earl Frulla
Shaun Michael Gehan
COLLIER SHANNON SCOTT, PLLC
3050 K Street, NW
Suite 400
Washington, DC 20007
(202) 342-8400
(202) 342-8451 (fax)
dfrulla@kelleydrye.com

Eric Paul Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
(907) 586-2751
(907) 463-5891 (fax)
ericj@earthjustice.org

Michael C. LeVine
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
(907) 586-2751
Fax: (907) 463-5891