UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGACY FISHING COMPANY, *et al.*,  :
:
       Plaintiffs,  :
:
  v.  : Civil Action No. 06-0835 (JR)
:
CARLOS GUTIERREZ, Secretary of  :
Commerce,  :
:
       Defendant.  :

### ORDER

In compliance with the mandate of the United States Court of Appeals issued on February 6, 2008, in No. 07-5153, it is **ORDERED** that the three disputed monitoring and enforcement requirements of the Groundfish Retention Standard, 71 Fed. Reg. 17,362 (Apr. 6, 2006) -- namely, that vessels not mix fish from distinct "hauls" in the same holding bin; that observers take samples of the catch from a single location only, with a clear line of sight between the holding bin and the scale where fish are weighed; and that vessels operate only one scale at any given time -- are **vacated.**

                                    JAMES ROBERTSON
                          United States District Judge