# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5153**                                    **September Term, 2007**

FISHING COMPANY OF ALASKA, INC.,
    APPELLANT

v.

CARLOS GUTIERREZ, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF COMMERCE, ET AL.,
    APPELLEES

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 1 8 2007

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00835)

---

Before: HENDERSON and TATEL, *Circuit Judges,* and WILLIAMS, *Senior Circuit Judge.*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded with instructions to vacate the three disputed M&E requirements of the Final Rule, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 2/6/08
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]

Michael C. McGrail
Deputy Clerk

Date: December 18, 2007

Opinion for the court filed by Senior Circuit Judge Williams.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk